1  ILENE J. LASHINSKY (#003073)
   United States Trustee
2  District of Arizona

3  RICHARD J. CUELLAR (WI #100631)
   Trial Attorney
4  230 North First Avenue, #204
   Phoenix, Arizona 85003-1706
5  (602) 682-2600 (phone)
   (602) 514-7270 (fax)
6  E-mail: Ric.J.Cuellar@usdoj.gov

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In re | ) Chapter 11 |
| NUTRACEA, | ) Case No. 2:09-bk-28817-CGC |
| | ) APPOINTMENT OF OFFICIAL COMMITTEE |
| | ) OF UNSECURED CREDITORS |
| Debtor. | ) |

Pursuant to 11 U.S.C. §§ 1102(a) and 1102(b)(1), the following creditors of the above-captioned debtor, being among those holding the largest unsecured claims and who are willing to serve, are appointed to the committee of unsecured creditors:

1. BRYCON Corporation
   Attn: Jim Michaels
   6150 W. Chandler Blvd., #39
   Chandler, AZ 85226
   (480) 785-9911 x112 (phone)
   (480) 785-9858 (fax)

2. Farmers Rice Milling Company, Inc.
   Attn: Jeffrey Peters
   P. O. Box 788
   Baton Rouge, LA 70821
   (225) 922-4665 (phone)
   (225) 922-5120 (fax)

3. MSS Technologies, Inc.
   Attn: Jack Trierweiler
   1555 E. Orangewood Ave.
   Phoenix, AZ 85020
   (602) 387-2110 (phone)
   (602) 256-6040 (fax)

. . .

|   |   |   |   |
|---|---|---|---|
| 1 | | 4. | Trea, Inc.<br>Attn: Peter Karegrannes<br>4216 S. 36th Place<br>Phoenix, AZ 85040<br>(602) 438-1572 (phone)<br>(602) 438-1573 (fax) |
| | | 5. | Wellington Foods, Inc.<br>Attn: Tony Harnack, Jr.<br>3250 E. 29th Street<br>Long Beach, CA 90806<br>(562) 989-0111 (phone)<br>(562) 989-9322 (fax) |

                                                                    Respectfully submitted,

                                                                    ILENE J. LASHINSKY
                                                                    United States Trustee
                                                                    District of Arizona

Dated: November 19, 2009.                        /s/ RJC (WI #100631)
                                                                    RICHARD J. CUELLAR
                                                                    Trial Attorney

Copies of the foregoing mailed to the creditors appointed as listed above, and the following this 19th day of November, 2009:

S. Cary Forrester
Forrester & Worth, PLLC
3636 N. Central Avenue, #700
Phoenix, AZ 85012
Attorney for Debtor


/s/ C. Dior

- 2 -