**UNITED STATES BANKRUPTCY COURT**

**IN AND FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| **NUTRACEA, a California corporation, RANCH, LLC,**<br><br>     **Debtor.**<br>_____ | **In Chapter 11 proceedings**<br><br>**Case No. 2:09-bk-28817-CGC**<br><br>**INTERIM ORDER RE APPLICATION TO EMPLOY WILLIAM CADIGAN and TATUM, LLC** |

   Upon application of the Debtor requesting authority to employ William Cadigan and Tatum, LLC (the "Firm") as vice president of finance, and the Court being satisfied that such employment is necessary and would be in the best interests of the bankruptcy estate on an interim basis; and good cause appearing therefore,

   **IT IS ORDERED** authorizing the Debtor to employ the Firm as vice president of finance for the Debtor,  on an interim basis, in this Chapter 11 bankruptcy proceeding.  Any fees paid to said Firm by the Debtor, or from any other source, for such services rendered shall first be approved by Order of this Court.

   This is an Interim Order only.  Counsel for the Debtor shall serve upon all creditors and interested parties this Order and the Amended Application with the attached Declaration of Mark Neilson within five (5) days of this Order.  If there are no objections filed within twenty (20) days

of service, counsel shall file a Certificate of No Objection and this shall become a final Order.

**DATED**:        November 25, 2009

CHARLES G. CASE II
UNITED STATES BANKRUPTCY JUDGE

**COPY** of the foregoing mailed by the BNC and/or
sent by auto-generated mail to:

**S. CARY FORRESTER**
FORRESTER WORTH & GREEN, PLLC
3636 NORTH CENTRAL AVENUE
SUITE 700
PHOENIX, AZ 85012

**RICHARD J. CUELLAR**
OFFICE OF THE U.S. TRUSTEE
230 North First Avenue, Suite 204
PHOENIX, AZ 85003-1706