1  ILENE J. LASHINSKY (#003073)
   United States Trustee
2  District of Arizona

3  RICHARD J. CUELLAR (WI #100631)
   Trial Attorney
4  230 North First Avenue, #204
   Phoenix, Arizona 85003-1706
5  (602) 682-2600 (phone)
   (602) 514-7270 (fax)
6  E-mail: Ric.J.Cuellar@usdoj.gov

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In re | ) Chapter 11 |
| | ) |
| NUTRACEA, | ) Case No. 2:09-bk-28817-CGC |
| | ) |
| | ) AMENDED APPOINTMENT OF OFFICIAL |
| | ) COMMITTEE OF UNSECURED CREDITORS |
| Debtor. | ) |

On November 19, 2009, the United States Trustee appointed a committee of unsecured creditors in the above captioned matter. Due to additional creditor interest in serving on the committee, the United States Trustee hereby amends the list of creditors appointed to the official committee of unsecured creditors as follows:

1. BRYCON Corporation
   Attn: Jim Michaels
   6150 W. Chandler Blvd., #39
   Chandler, AZ 85226
   (480) 785-9911 x112 (phone)
   (480) 785-9858 (fax)

2. Farmers Rice Milling Company, Inc.
   Attn: Jeffrey Peters
   P. O. Box 788
   Baton Rouge, LA 70821
   (225) 922-4665 (phone)
   (225) 922-5120 (fax)

3. MSS Technologies, Inc.
   Attn: Jack Trierweiler
   1555 E. Orangewood Ave.
   Phoenix, AZ 85020
   (602) 387-2110 (phone)
   (602) 256-6040 (fax)

. . .

| | | |
|---|---|---|
| 1 | 4. | Trea, Inc.<br>Attn: Peter Karegrannes<br>4216 S. 36th Place<br>Phoenix, AZ  85040<br>(602) 438-1572 (phone)<br>(602) 438-1573 (fax) |
| | 5. | Wellington Foods, Inc.<br>Attn: Tony Harnack, Jr.<br>3250 E. 29th Street<br>Long Beach, CA 90806<br>(562) 989-0111 (phone)<br>(562) 989-9322 (fax) |
| | *6. | Audio Video Resources<br>Attn: Mark Temen<br>4323 E. Cotton Center Blvd.<br>Phoenix, AZ 85040<br>(602) 643-4200 (phone)<br>(602) 643-4270 (fax) |
| | *7. | Halpern Capital<br>Attn: Baruch Halpern<br>9601 Collins Avenue, #PH303<br>Bal Harbour, FL 33154<br>(786) 528-1011 (phone) |

*Added to committee.

Respectfully submitted,

ILENE J. LASHINSKY
United States Trustee
District of Arizona

Dated: January 22, 2010.

/s/ RJC (WI #100631)
RICHARD J. CUELLAR
Trial Attorney

. . .

| | |
|---|---|
| 1 | Copies of the foregoing mailed to the creditors appointed as listed above, and the following this |
| 2 | 22nd day of January, 2010: |
| 3 | S. Cary Forrester |
| | Forrester & Worth, PLLC |
| 4 | 3636 N. Central Avenue, #700 |
| | Phoenix, AZ 85012 |
| 5 | Attorney for Debtor |
| 6 | Carolyn J. Johnsen |
| | Jennings, Strouss & Salmon, PLC |
| 7 | 201 E. Washington Street, 11th Fl. |
| | Phoenix, AZ 85004 |
| 8 | Attorney for Official Committee |
| | of Unsecured Creditors |
| 10 | /s/ C. Dior |