**FORRESTER & WORTH, PLLC**
3636 NORTH CENTRAL AVENUE, SUITE 700
PHOENIX, ARIZONA 85012-1927
TELEPHONE (602) 271-4250
FACSIMILE (602) 271-4300
S. CARY FORRESTER (006342)
E-MAIL SCF@FWLAWAZ.COM

ATTORNEYS FOR THE DEBTOR

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| In re:<br><br>NUTRACEA, a California corporation,<br><br>Debtor. | Chapter 11<br><br>2:09-bk-28817-CGC<br><br>**DEBTOR'S MOTION FOR AUTHORITY TO (1) SELL ASSETS AND ASSIGN PURCHASE ORDERS ASSOCIATED WITH INFANT CEREAL BUSINESS FREE AND CLEAR OF LIENS (2) ENTER INTO TOLL PROCESSING AGREEMENT AND (3) PAY FINDER'S FEE**<br><br>Hearing Date: TBD<br>Hearing Time: TBD<br>Hearing Room: 601 |

Pursuant to 11 U.S.C. §§ 363 and 503(b)(1)(A), Bankruptcy Rules 2002 and 6004 and Local Bankruptcy Rule 6004-1, Debtor moves the court for the entry of an order authorizing and approving: (1) the sale of certain assets used in its infant cereal business and the assignment of related postpetition purchase orders free and clear of all liens, claims, and interests, to Kerry, Inc., a Delaware corporation ("**Buyer**"), for the cash purchase price of $3,900,000, plus an additional amount to be paid for inventory as determined prior to closing; (2) entry into a Toll Processing Agreement with Buyer pursuant to which Debtor will produce infant cereal products for Buyer in accordance with Buyer's specifications; and, (3) payment of a finder's fee of $200,000 to Drum Drying Resources, LLC ("**DDR**"), all pursuant to the terms and conditions of

the Asset Purchase Agreement dated February 11, 2010 between the Debtor and Buyer (the "**Agreement**"), a copy of which is attached hereto as Exhibit "A". Capitalized terms used herein but not defined are intended to have the same meaning as in the Agreement. The Purchased Assets and Assigned Contracts are more fully described in Section 2.1 of the Agreement and Schedules 2.1(a), (c) and (f) thereto. This motion is more fully set forth and supported in the accompanying Memorandum of Points and Authorities.

MEMORANDUM OF POINTS AND AUTHORITIES

Background.

1. Debtor is a publicly traded health-science company that develops and distributes stabilized rice bran and proprietary rice bran formulations. Its products include food supplements and medical foods for humans and animals based on stabilized rice bran, rice bran derivatives, and rice bran oils.

2. On November 10, 2009, Debtor filed its voluntary petition for relief under Chapter 11 of the Bankruptcy Code. Pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code, it is managing its assets and properties as debtor-in-possession.

3. An official committee of unsecured creditors was appointed on November 19, 2009, and retained Jennings, Strouss & Salmon, P.L.C. as counsel.

Debtor's Infant Cereal Business.

4. Debtor grossed approximately $2.2 million dollars from the manufacture and sale of infant cereal products in 2009, and has projected its sales in 2010 at approximately $5 million. However, its net profit margins are relatively small and it has, historically, operated at or near the break-even level. In addition, Debtor faces competition from much larger and better funded competitors.

5. The infant cereal business is not part of Debtor's core business, which involves the manufacturing, development, and marketing of a variety of products using stabilized rice bran

and rice bran formulations. The infant cereal business does not involve the use of Debtor's proprietary technology, patents or trade secrets.

6. Debtor's manufacturing facility in Phoenix, Arizona was constructed for the production of infant cereal products. It is currently idle, and Debtor is producing all of its infant cereal products at its facility in Dillon, Montana. The real property and improvements associated with the Phoenix facility are owned by Debtor's wholly-owned subsidiary, NutraPhoenix, L.L.C., but the equipment, machinery and other assets that are the subject of this motion are owned by Debtor.

Identification and Marketing of Non-Core Assets.

7. As part of its efforts to stabilize its operations and satisfy its cash flow requirements, Debtor identified certain non-core assets that should be sold or monetized early in this bankruptcy case. Among these non-core assets are: (i) the infant cereal business; (ii) the equipment, machinery and related assets intended for use in that business, which are located primarily at its Phoenix, Arizona facility; (iii) the infant cereal inventory located at its Dillon, Montana facility; (iv) certain related customer and supplier lists; and, (v) a limited amount of intellectual property, all as more fully described in Sections 2.1 and 2.2 of the APA (collectively the "**Assets**").

8. Because of the need to monetize non-core assets early in the case, in order to meet its budgeted cash requirements, Debtor aggressively pursued a potential sale of its Assets by, among other things, using its contacts in the industry to identify others in the infant cereal business that might have an interest in purchasing the Assets. Debtor initiated discussions with those identified as possible purchasers, including a Chicago-based private equity firm, a large publically traded European food company, a large privately owned Chinese food company, a large publically traded Chinese food company and a mid-sized U.S. food company. Out of this extensive marketing effort, only Buyer has stepped to the forefront and delivered a signed

stalking horse bid to Debtor in the form of the Agreement. It is that stalking horse bid by Buyer that, subject to the terms of the Agreement and entry of the Bid Procedures Order as required therein, including, *inter alia*, approval of the Due Diligence Expense Reimbursement, will enable a competitive bidding process to take place that will maximize the value of the Debtor's Assets.

9. Debtor believes that it is essential to complete the sale to Buyer, or to a higher and better bidder, within the time frame set forth in the APA, which calls for a closing by no later than March 15, 2010. The cash flow projections prepared by Debtor's financial advisors, and the weekly cash projections prepared for the DIP financer and shared with the Committee, indicate that a significant sale or other asset monetization is needed within that time frame in order to meet Debtor's budgeted cash requirements. The sale transaction proposed herein maximizes the value of the Debtor's Assets, preserves its ability to continue to operate its core businesses and will facilitate and promote an effective reorganization of Debtor for the benefit of its creditors, customers and employees.

<u>The Purchase Contract.</u>

10. On or about February 11, 2010, Debtor and Buyer entered into the Agreement, which calls for the sale of the Purchased Assets and the assignment of the Assigned Contracts for the cash purchase price of $3,900,000. An earnest money deposit of $250,000 will be paid into escrow upon entry of a bidding procedures order and the balance will be paid at the close of escrow.

11. In addition to the cash purchase price of $3,900,000, Buyer will pay an as-yet-to-be-determined amount for all infant cereal inventory on hand as of the close of escrow. Inventory will be valued at cost, and the addition to the purchase price will be determined by a physical inventory to be conducted approximately four days before the close of escrow. Based upon its ordinary inventory levels (and subject in all respects to the applicable terms of the

Agreement), Debtor estimates the additional amount to be paid for inventory at approximately $200,000.

12. The Assigned Contracts include all purchase orders relating to Debtor's infant cereal business in existence at Closing, with two exceptions set forth in the Agreement. As part of the Agreement, Buyer has agreed to timely perform all obligations arising under the Assigned Contracts from and after the Closing. The face amount of the Assigned Contracts is $213,347.77, but is subject to change prior to the close of escrow. The Assigned Contracts were generated after the bankruptcy filing and, therefore, are not executory contracts within the meaning of 11 U.S.C. § 365. *In re Dant & Russell, Inc.*, 853 F.2d 700, 706 (9th Cir.1988). Nothing in either the Assigned Contracts or under applicable bankruptcy or non-bankruptcy law precludes, limits or otherwise prevents Debtor from transferring and assigning the Assigned Contracts to Buyer as provided in the Agreement.

13. The Purchased Assets are to be sold and the Assigned Contracts assigned to Buyer free and clear of all liens, claims and interests, pursuant to 11 U.S.C. § 363(b)(1) and (f).

14. The sale of the Purchased Assets and assignment of the Assigned Contracts is subject to higher and better offers in accordance with and subject to the Bid Procedures approved by the Court pursuant to its entry of a Bid Procedures Order as required by the applicable provisions of the Agreement.

<u>The Toll Processing Agreement</u>.

15. Because it will take months for Buyer to move the purchased machinery and equipment, install them in its own facility, and make them operational, Debtor has agreed to produce infant cereal for Buyer in accordance with the terms of the Toll Processing Agreement, a copy of which is attached to the Agreement as Exhibit "B". Subject in all respects to the actual terms of the Toll Processing Agreement and any applicable provisions of the Agreement: (a) the infant cereal will be produced from raw material provided by Buyer, according to Buyer's

specifications, and Debtor will neither own nor sell it; (b) this arrangement will terminate when Buyer's new facility becomes operational or on October 31, 2010, whichever is earlier; and (c) Debtor will be paid $.40 per pound for its services. Debtor estimates that this will produce net revenue of approximately $800,000.

Liens Against the Assets and Assigned Contracts.

16. The Assets and Assigned Contracts are subject to a senior security interest in favor of Wells Fargo Bank, N.A., acting through its Business Credit operating division ("**Wells Fargo**"). The security interest secures all of Debtor's obligations under its DIP Credit Facility, in the maximum principal amount of $6.75 million. The amount presently owing on the DIP Credit Facility is approximately $4.5 million.

17. There are no other known liens against the Assets or Assigned Contracts. However, eight subcontractors and materialmen have sued NutraPhoenix in the Superior Court of Arizona, Maricopa County, Cause No. CV 2009-013957, to foreclose mechanics' and materialmen's liens relating to the construction of the Phoenix facility and the installation of the machinery and equipment. To the extent that any of the mechanics and materialmen's lien claimants assert that the liens attach to Debtor's personal property, each of them are the subject of bona fide dispute (the "**Disputed Liens**"). While the lienholders are entitled to receive notice of this Motion, the Debtor is entitled to sell, transfer and convey the Purchased Assets to Buyer free and clear of the Disputed Liens pursuant to Sections 363(f)(4) and (5) of the Bankruptcy Code.

Consent by Wells Fargo.

Wells Fargo has consented to the sale of the Assets and the assignment of the Assigned Contracts and has agreed that it will release its security interest in those items in return for its receipt of approximately $1,430,000 from the sale proceeds received by the Debtor at Closing. That amount will be applied against the DIP term loan facility. Upon closing, the balance owing

under the DIP revolving credit facility (approximately $1 million) will be paid off, but the amount paid, minus approximately $100,000 to reflect a reduction in borrowing base, will then be immediately available to Debtor under the DIP revolving credit facility. The balance of such sale proceeds (less payment of a finders fee of up to $200,000 to DDR, and any amounts ordered sequestered on account of Disputed Liens and any amounts to be paid or credited to Buyer under the terms the Agreement) may be used by the Debtor for its present and future cash needs although, under the terms of the DIP Credit Facility, Wells Fargo will retain its lien in the sale proceeds. *Bona Fides* of Purchaser

18. As discussed in more detail below, Debtor was introduced to Buyer by an unrelated third party, DDR, in early November of 2009, near the time that this case was filed. Debtor and Buyer had no previous contact concerning the Purchased Assets.

19. After the introduction, Debtor provided Buyer with information concerning the Purchased Assets, discussed the structure of a proposed sale, and exchanged purchase offers and counteroffers. Beginning in late December, Debtor and Buyer began exchanging drafts of the Agreement and related documents.

20. Throughout the process of negotiating the Agreement and related Toll Processing Agreement, Debtor and Buyer were represented by their own counsel. All negotiations were at arms length, without collusion.

21. To the best of Debtor's knowledge, information and belief: (a) Buyer is not an insider of Debtor; (b) Buyer is not related to the Debtor in any way; (c) Buyer has no connection with any of Debtor's officers or directors; (d) the proposed sale is an arms-length transaction; and, (e) no fraud, collusion or improper relationship exists between Debtor and Buyer.

22. Based upon the foregoing, Debtor requests that the Court find that Buyer is a "good faith" purchaser within the meaning of Bankruptcy Code § 363(m) and is entitled to the protections of § 363(m) of the Code.

August 2009 Appraisal.

23. The machinery and equipment located in Debtor's Phoenix, Arizona facility were appraised on September 10, 2009, by Don Tyson, senior appraiser for Rabin Worldwide. The appraisal was prepared for Wells Fargo. Mr. Tyson placed the forced liquidation value of the machinery and equipment at $916,250 and the orderly liquidation value at $1,267,650.

Manner, Method and Extent of Noticing.

24. As required by Rule 6004, Federal Rules of Bankruptcy Procedure and Rule 6004-1, Local Rules of Bankruptcy Procedure, within one (1) business day of entry of the Bid Procedures Order, Debtor will provide notice by first class mail of the proposed sale and assignment of the Purchased Assets, the opportunity to make higher and better offers, and the bidding procedures to: (a) all those on the Master Mailing List; (b) all additional parties on the Official Notice Service List; (c) all parties known or believed by Debtor to have an interest in the Purchased Assets; (d) all parties asserting liens, claims or interests in the Purchased Assets and their counsel, if known; and, (e) all parties to the Assigned Contracts. In addition, Debtor will work with the Committee to identify any others who should be notified of the proposed sale and the method of providing such notice. The Debtor submits that such notice is good and sufficient under the circumstances, complies in full with all notice requirements arising under the Bankruptcy Rules and applicable authority and that no other or further notice is necessary to obtain the relief requested by this motion.

Approval of the Sale is Warranted.

25. The Debtor's decision to sell the Purchased Assets is governed by the business judgment test. *Institutional Creditors of Continental Air Lines, Inc. v. Continental Air Lines, Inc., (In re Continental Air Lines, Inc.),* 780 F.2d 1233, 1226 (5th Cir. 1986); *In re Lionel Corp.,* 722 F.2d 1063 (2nd Cir. 1983); *Stephens Industries, Inc. v. McClung,* 789 F.2d 386, 391 (6th Cir. 1986). Under the business judgment test, the sale should be approved if it will benefit the estate.

*Robertson v. Pierce (In re Chi-feng Huang)*, 23 B.R. 798, 801 (Bankr. 9th Cir. 1982). The Debtor's business judgment should be accepted unless the evidence shows that it is "clearly erroneous, too speculative, or contrary to the provisions of the Bankruptcy Code." *Allied Technology, Inc. v. R.B. Brunemann & Sons (In re Allied Technology, Inc.)*, 25 B.R. 484, 495 (Bankr. S.D. Ohio 1982).

26. Here, Debtor believes that the consideration Buyer is proposing to pay under the Agreement is the highest attainable under the circumstances. The sale will yield proceeds sufficient to reduce the secured debt to Wells Fargo by $1.5 million, or approximately 34%, and leave Debtor with approximately $2.2 million to meet its critical cash needs. It will also satisfy the Debtor's budgeted goal for asset sale proceeds, as set forth in the attachment to the DIP Financing Order, through May of 2010, thus making a default under the DIP Credit Facility extremely unlikely. In addition, Debtor has been advised that its Phoenix facility will be more readily marketable after the specialized machinery and equipment is removed, and the Debtor is in the process of listing that property at $6.9 million.

<u>Approval of the Assignment of the Purchase Orders is Warranted</u>.

27. The Purchase Orders to be assigned to Buyer under the terms of the Agreement (*i.e.*, the Assigned Contracts) are not executory contracts within the meaning of 11 U.S.C. § 365, because they were entered into postpetition. *In re Dant & Russell, Inc.*, 853 F.2d 700, 706 (9th Cir.1988). Accordingly, their assignment to purchaser is a use, sale or lease of estate property outside the ordinary course of business and should be approved under 11 U.S.C. § 363(b) for all the reasons set forth above.

<u>Approval of the Toll Processing Agreement is Warranted</u>.

28. Debtor seeks approval of the Toll Processing Agreement out of an abundance of caution. The agreement is arguably within the ordinary course of Debtor's business and, therefore, requires no approval. To the extent that approval is required, it should be granted.

The Toll Processing Agreement is a necessary part of the overall sale of the Purchased Assets and other transactions contemplated by the Agreement, which will provide Debtor with much needed cash, significantly reduce its secured postpetition indebtedness to Wells Fargo, monetize a non-core asset and eliminate the overhead associated with it. In addition, Debtor estimates that the Toll Processing Agreement will produce net revenue of approximately $800,000 over the seven months after the anticipated closing. For that reason, Debtor believes the overall value to the Debtor and its estate of the proposed transaction with Buyer is significantly higher than just Purchase Price to be paid by Buyer under the terms of the Agreement.

<u>Approval of the Finder's Fee is Warranted.</u>

29. Debtor entered into a prepetition finder's fee agreement with DDR, pursuant to which it agreed to pay DDR up to $450,000, provided that one or more of the specified transactions was consummated. The sale to Kerry is a hybrid and does not fall neatly within the list of specified transactions. Accordingly, in late December the parties renegotiated the finder's fee and Debtor agreed to pay DDR $200,000 upon the close of the sale to Buyer.

30. For reasons similar to those justifying the allowance and, if applicable, payment of the Due Diligence Expense Reimbursement to Buyer as an administrative expense of the Debtor's estate as provided in the Bid Procedures Order and terms of the Agreement, the Debtor believes that DDR is entitled to payment of its finder's fee at the close of escrow pursuant to 11 U.S.C. § 503(b)(1)(A), as a necessary cost of preserving the estate. *In re Foundation Group Systems, Inc.*, 141 B.R. 196 (Bankr. E. D. Cal. 1992)(payment of finder's fee appropriate as necessary cost of preserving the estate). Further, because a "finder" is not a professional within the meaning of 11 U.S.C. § 327, Debtor was not required to obtain pre-approval of DDR's employment. *Id.*; *In re Corporate Image, Inc.,* 1995 WL 42451 (Bankr. D. Idaho, 1995).

**WHEREFORE**, Debtor requests that the court enter its order:

(a) Granting the Motion and authorizing and approving the sale of the Purchased Assets and the assignment of the Assigned Contracts to Buyer, pursuant to 11 U.S.C. §§ 363(b), (f) and (m), in accordance with the terms of the Agreement, for the cash purchase price of $3,900,000.00, together with the additional amount to be paid for the inventory, and authorizing Debtor to execute, deliver and perform all acts necessary to consummate the transactions contemplated by the Agreement;

(b) Ordering that, pursuant to 11 U.S.C. §§ 363(b), (f) and (m), the Purchased Assets are to be sold and the Assigned Contracts assigned to Buyer free and clear of all pledges, liens, security interests, encumbrances, claims (as claim is defined in Section 101(5) of the Bankruptcy Code), charges, options, and interests on and/or against the Purchased Assets and Assigned Contracts, including, without limitation, the liens, claims and interests described above;

(c) Ordering that, except as expressly provided in the Agreement, neither Buyer nor any of the Purchased Assets or Assigned Contracts shall have any obligation or liability for any of the indebtedness, liabilities or other obligations of Debtor (including based on successor liability or similar theory) or be subject to any tax liability of Debtor except for transfer tax liability that may be incurred as a result of the transfer of the Purchased Assets and/or Assigned Contracts to Buyer;

(d) Finding that Buyer is a good faith purchaser within the meaning of 11 U.S.C. § 363(m) and is entitled to the protections afforded good faith purchasers by § 363(m);

(e) Authorizing Debtor to enter into the Toll Processing Agreement and perform thereunder pursuant to 11 U.S.C. § 363(b);

(f) Approving the payment of the finder's fee to DDR in the amount of $200,000, pursuant to 11 U.S.C. §503(b)(1)(A);

(g) Waiving the ten-day stay provided by Bankruptcy Rule 6004(h) and,

(h) Providing such other or further relief as may be necessary to facilitate a prompt Closing and consummation of the other transactions provided under the Agreement.

DATED this 11th day of February, 2010.

FORRESTER & WORTH, PLLC

SCF (006342)
S. Cary Forrester
Attorneys for the Debtor

Copy mailed on the 12th day of February
and/or emailed this 11th day of February,
2010 to all those on the
service list attached hereto:

/s/ Carrie A. Lawrence
Carrie A. Lawrence

Label Matrix for local noticing
0970-2
Case 2:09-bk-28817-CGC
District of Arizona
Phoenix
Thu Feb 11 14:23:19 MST 2010

AICCO, Inc.
c/o Thomas G. Luikens
Ayers & Brown, P.C.
4227 N. 32nd Street, 1st Fl.
Phoenix, AZ 85018-4758

AVAZ, Inc. d/b/a Audio Video Resources
c/o Christopher Stovall
Jennings, Haug & Cunningham, LLP
2800 N. Central Ave., Ste. 1800
Phoenix, AZ 85004-1049

Argo Partners
12 W 37th Street, 9th Floor
New York, NY 10018-7480

Debt Acquisition Company of America V, LLC
1565 Hotel Circle South, Suite 310
San Diego, CA 92108-3419

Fair Harbor Capital, LLC
Ansonia Finance Station
PO Box 237037
New York, NY 10023-0028

Farmers Rice Milling Company, Inc.
P.O. Box 788
Baton Rouge, LA 70821-0788

Mansfield Warehousing & Distribution, Inc.
c/o Trainor Fairbrook
980 Fulton Avenue
Sacramento, CA 95825

Nutracea, a California corporation
6720 N. SCOTTSDALE RD #390
SCOTTSDALE, AZ 85253-4421

Primeshares
261 Fifth Ave.
22nd Floor
New York, NY 10016

Unsecured Creditors Committee
c/o Carolyn J. Johnsen, Esq.
Jennings, Strouss & Salmon, PLC
201 E. Washington St., 11th Floor
Phoenix, AZ 85004-0612

W.D. Manor Mechancial Contractors
c/o Todd B. Tuggle, Esq.
Jennings, Strouss & Salmon PLC
201 E. Washington St., 11th Floor
Phoenix, AZ 85004-0612

WELLS FARGO BANK, N.A.
C/O GALLAGHER & KENNEDY, PA
ATTN: JOHN R. CLEMENCY
2575 E. CAMELBACK ROAD
SUITE 1100
PHOENIX, AZ 85016-9254

U.S. Bankruptcy Court, Arizona
230 North First Avenue, Suite 101
Phoenix, AZ 85003-0608

1ST NATIONAL BANK OF ARIZONA
17600 N. PERIMITER DRIVE
SCOTTSDALE, AZ 85255-5440

3M
2807 PAYSPHERE CIR
CHICAGO, IL 60674-0028

A-BEST SECURITY LOCK & SAFE
2627 NORTHERN AVENUE
PHOENIX, AZ 85051-4850

AARON THOMAS
7421 CHAPMAN AVENUE
GARDEN GROVE, CA 92841-2115

AB STEEL, LLC
6235 HWY 90 EAST
LAKE CHARLES, LA 70615-4708

ACC INTERNATIONAL
ANNUAL MEETING REGISTRATION
3340 PILOT KNOB ROAD
SAINT PAUL, MN 55121-2055

ACCTG. & FINANCE PERSONNEL INC
1702 E. HIGHLAND
SUITE 200
PHOENIX, AZ 85016-4665

ACE HARDWARE - DILLON
302 N. MT
PO BOX 871
DILLON, MT 59725-0871

ADELMAN PR INC.
6412 DORSAY COURT
ATTN: MARGIE ADELMAN
DELRAY BEACH, FL 33484-6305

ADM RICE, INC.
660 WHITE PLAINS ROAD
SUITE 605
TARRYTOWN, NY 10591-5164

ADT SECURITY SERVICES INC.
14200 E EXPOSITION AVENUE
AURORA, CO 80012-2540

ADT SECURITY SERVICES, INC.
P.O. BOX 371956
PITTSBURGH, PA 15250-7956

AETNA
P.O. BOX 88860
CHICAGO, IL 60695-1860

AICCO
AIC IMPERIAL A.I. CREDIT CO.
DEPARTMENT 7615
LOS ANGELES, CA 90084-0001

AIRDYNE
PO BOX 4768
HOUSTON, TX 77210-4768

AKERMAN SENTERFITT
P.O. BOX 4906
ORLANDO, FL 32802-4906

ALBERTO BRUNELLI
TOMAZ GONZAGA
900-302 PORTO ALEGRE
Cep: 91.340-480
RS BRAZIL

ALFA LAVAL, INC.
PO BOX 851565
DALLAS, TX 75395-0001

ALLIANCE TRAFFIC GROUP
P.O. BOX 13978
SACRAMENTO, CA 95853-3978

ALLIED WASTE SERVICE # 753
PO BOX 78829
PHOENIX, AZ 85062-8829

ALPINE WATER SYSTEMS
P.O. BOX 94436
LAS VEGAS, NV 89193-4436

ALSCO-GEYER ACE HARDWARE
P.O. BOX 111
600 5TH STREET
ARBUCKLE, CA 95912-0111

AMERICAN EXPRESS
P.O. BOX 360001
FORT LAUDERDALE, FL 33336-0001

AMP ELECTRIC & LANDSCAPE
P.O. BOX 5807
LAKE CHARLES, LA 70606-5807

ANN FERRIN-INT. OASIS, LLC
INTERIOR OASIS
1018 W. INDIANOLA AVENUE
PHOENIX, AZ 85013-3341

ARKANSAS STATE PLANT BOARD
PO BOX 1069
LITTLE ROCK,
LITTLE ROCK, AR 72203-1069

ARMENTOR SERVICES,INC
5841 SOHIO RD
IOWA, LA 70647-5304

AT&T
PAYMENT CENTER
SACRAMENTO, CA 95887-0001

AT&T -
PO BOX 105262
ATLANTA, GA 30348-5262

AT&T LONG DISTANCE
PO BOX 5019
CAROL STREAM, IL 60197-5019

AT&T MOBILITY
PO BOX 6463
CAROL STREAM, IL 60197-6463

ATLAS VAN LINES, INC.
1212 ST. GEORGE RD.,
P.O. BOX 509
EVANSVILLE, IN 47711

ATRINSIC, INC
PO BOX 10434
UNIONDALE, NY 11555-0434

AUDIO VIDEO REOURCES, INC
4323 E COTTON CENTER BLVD
PHOENIX, AZ 85040-8853

AUSTRADE, INC
3309 NORTHLAKE BLVD #201
WEST PALM BEACH, FL 33403-1705

AVAZ, Inc. d/b/a Audio Video Resources
c/o Chad L. Schexnayder
Christopher Stovall
Jennings, Haug & Cunningham, LLP
2800 N. Central Ave., Ste. 1800
Phoenix, AZ 85004-1049

AZ CENTER FOR THE BLIND
& VISUALLY IMPAIRED, INC.
3209 S. 36TH ST
PHOENIX, AZ 85040-1605

AZ DEPARTMENT OF REVENUE BNK & LIT
1600 W. MONROE 7TH FLOOR
PHOENIX, AZ 85007-2650

AZ PACIFIC PULP AND PAPER
3209 S. 36TH STREET
PHOENIX, AZ 85040-1605

Argo Partners
12 West 37th Street, 9th Floor
New York, NY 10018-7480

BACTOLAC PHARMACEUTICAL INC
7 OSER AVE
HAUPPAGE NY 11788-3811

BARRETT HOSPITAL & HEALTHCARE
90 HIGHWAY 91 SOUTH
DILLON, MT 59725-3516

BEAVERHEAD HOME CENTER
915 NORTH MONTANA ST
DILLON, MT 59725-8417

BEMIS COMPANY, INC.
P.O. BOX 100915
PASADENA, CA 91189-0003

BEST WESTERN RICHMOND
SUITES HOTEL
2600 MOELING STREET
LAKE CHARLES, LA 70615-2055

BEUS GILBERT
4800 NORTH SCOTTSDALE RD.
SUITE 6000
SCOTTSDALE, AZ 85251-7642

BIO-CAT, INC - F000898
9117 THREE NOTCH RD
TROY, VA 22974-2809

BIOCONTROL SYSTEM, INC
12822 SE 32ND ST
BELLEVUE, WA 98005-4340

BLANCHARD, WALKER, O'QUIN & ROBERTS
ATTN: W MICHAEL ADAMS
PO DRAWER 1126
SHREVEPORT, LA 71163

BOND ALARM. CO., INC
4040 EAST CAMELBACK #250
PHOENIX, AZ 85018-8350

BRAMMER MACHINE SHOP, INC.
153 CHEROKEE ROAD
PLOL BOX 1545
CROWLEY, LA 70526

BROADRIDGE
PO BOX 23487
NEWARK, NJ 07189-0487

BROWN & THOMSON OIL
PO BOX 47
DILLON, MT 59725-0047

BRYCON, INC
6150 W. CHANDLER BLVD
SUITE #39
CHANDLER, AZ 85226-3463

BUBBA MORGAN TRUCKING, LLC
P.O. BOX 1324
CROWLEY, LA 70527-1324

BUSINESS ADVERTISING
LOADING ONLINE BUSINESS SOLUTI
20533 BISCAYNE BLVD
AVENTURA, FL 33180-1529

BUSINESS ADVERTISING
LOADING ONLINE BUSINESS SOLUTIONS
20533 BISCAYNE BLVD
AVENTURA, FL 33180-1529

BellSouth Telecommunications, Inc
% JAMES GRUDUS, ESQ.
AT&T SERVICES, INC.
ONE AT&T WAY, ROOM 3A218
BEDMINSTER, N.J 07921-2694

CABLE ONE
P.O. BOX 78407
PHOENIX, AZ 85062-8407

CALCASIEU PARISH SCHOOL SYSTEM
PO DRAWER 2050
2439 6TH STREET
LAKE CHARLES, LA 70601-4819

CALCASIEU PARISH WATER DIST.
PO BOX 16596
LAKE CHARLES, LA 70616-6596

CALCASIEU PARISH WATER WORK
ED COBB
PO BOX 16596
LAKE CHARLES, LA 70616-6596

CALIBER ADVISORS
1661 E. CAMELBACK RD.
SUITE 201
PHOENIX, AZ 85016-3913

CALIFORNIA DEPT OF FOOD
AND CASHIER FLD
DEPT OF FOOD & AGRICULTURE
SACRAMENTO, CA 94271

CAPITAL CORRUGATED
CUSTOMIZED PACKAGING SOLUTION
PO BOX 278060
SACRAMENTO, CA 95827

CAPITAL MACHINE CORP.
83 NORTH 17TH STREET
SACRAMENTO, CA 95811-0694

CARDINAL PEST MANAGEMENT
57 MATMOR ROAD
WOODLAND, CA 95776-6008

CARDINAL PROFESSIONAL PRODUCTS
2641 W. WOODLAND DRIVE
ANAHEIM, CA 92801-2628

CAREERBUILBER LLC.
13047 CALLECTION CENTER DRIVE
CHICAGO, IL 60693-0130

CARLSON LOGISTICS, INC
859 F STREET, SUITE 110
WEST SACRAMENTO, CA 95605-2373

CARMI FLAVOR & FRAGRANCE CO.
6030 SCOTT WAY
COMMERCE, CA 90040-3516

CENTRAL STATES DISTR SERV INC
3401 LYNCH CREEK DR
DANVILLE, IL 61834-9388

CERTIFIED FOODS, INC
41970 EAST MAIN STREET
WOODLAND, CA 95776-9508

CH ROBINSON WORLDWIDE, INC.
14701 CHARLSON ROAD
EDEN PRAIRIE, MN 55347-5076

CH ROBINSON WORLDWIDE, INC.
P.O. BOX 9121
MINNEAPOLIS, MN 55480-9121

CHROMATIC LABELS
16782 VON KARMAN AVE
BUILDING 33
IRVINE, CA 92606-9928

CINTAS FIRST AID & SAFETY
P.O. BOX 1472
LAKE CHARLES, LA 70602-1472

CITY OF BURLEY
P.O. BOX 1090
BURLEY, ID 83318-0948

CITY OF PHOENIX
PO BOX 29663
PHOENIX, AZ 85038-9663

CLARK PEST CONTROL, INC
ACCOUNTING OFFICE
P.O. BOX 1480
LODI, CA 95241-1480

CLASSIC WINE & VINEGAR CO, INC
4110 BREW MASTER DRIVE
CERES, CA 95307-7583

CLAYTON INDUSTRIES
DEPT #2636
LOS ANGELES, CA 90084-0001

CLIMATE CONTROL, INC
4219 S. MARKET CT. SUITE C
SACRAMENTO, CA 95834-1213

COGNIS CORPORATION
P.O. BOX 802568
CHICAGO, IL 60680-2568

COLUMBIA RIVER CARBONATES
P.O. BOX 2350
WOODLAND, WA 98674-0023

COMPTROLLER OF PUBLIC ACCOUNTS
PO BOX 149348
AUSTIN, TX 78714-9348

CON-WAY TRANSPORTATION
SERVICES, INC.
P.O. BOX 7419
PASADENA, CA 91109

CONEXIS
P.O. BOX 224547
DALLAS, TX 75222-4547

CONSTRUCTIONE 1 LLC
11811 N TATUM BLVD #3031
PHOENIX AZ 85028-1621

CONSTRUCTIONE 1, LLC.
1811 N. TATUM BLVD.,
SUITE 3057
PHOENIX, AZ 85028

COVANCE LABS
PO BOX 820511
PHILADELPHIA, PA 19182-0511

CT CORPORATION SYSTEM
P.O. BOX 4349
CAROL STREAM, IL 60197-4349

CURRAN & CONNORS, INC.
140 ADAMS AVENUE
SUITE 20C
HAUPPAGE, NY 11788-3618

D C RENTAL, LLC
2554 HWY 91 N
DILLON, MT 59725

D&B
P.O. BOX 75434
CHICAGO, IL 60675-5434

DAHL WHOLESALE
PO BOX 384
DRUMMOND, MT 59832-0384

DANIEL BECKETT
9155 W. QUAIL AVE.
PEORIA, AZ 85382-5361

DAYMON WORLDWIDE INC
700 FAIRFIELD AVE
STAMFORD CT  06902

DE LAGE LANDEN FINANCIAL SVCS
P.O. BOX 41601
PHILADELPHIA, PA 19101-1601

DELL BUSINESS CREDIT
PAYMENT PROCESSING CENTER
PO BOX 5275
CAROL STREAM, IL 60197-5275

DELTA WESTERN
P.O. BOX 878
INDIANOLA, MS 38751-0878

DELTACOM
PO BOX 740597
ATLANTA, GA 30374-0597

DEPASQUALE & SCHMIDT, PLC
3300 NORTH CENTRAL AVE.
SUITE 2070
PHOENIX, AZ 85012-2531

DEVINE INTERMODAL
P.O. BOX 980160
WEST SACRAMENTO, CA 95798-0160

DILLION DISPOSAL SERVICE
BOX 1334
DILLON, MT 59725-1334

DIVISION OF REGULATORY SERVICE
UNIVERSITY OF KENTUCKY
103 REGULATORY SERVICE BLD.
LEXINGTON, KY 40546-0001

DO NOT USE! USE YRC01
P.O. BOX 100129
PASADENA, CA 91189-0003

DOCUMENT TECHOLOGIES, INC.
TWO RAVINIA DRIVE
SUITE 850
ATLANTA, GA 30346-2126

DRUM DRYING RESOURCES, LLC
328 E. MAPLE
FREMONT, MI 49412-1615

David Rosenbaum, Esq.
Maureen Beyers, Esq.
Osborn Maledon, P.A.
2929 N. Central Ave., Suite 2100
Phoenix, AZ 85012-2793

Daymon Worldwide
POC #14, Amt. $6,063.56
700 Fairfield Avenue
Stamford, CT 06902-7532

Dell Financial Services L.L.C.
c/o Resurgent Capital Services
PO Box 10390
Greenville, SC 29603-0390

ECHO GLOBAL LOGISTICS, INC
ACCOUNTS RECEIVABLE
22168 NETWORK PLACE
CHICAGO, IL 60673-1221

ECOLAB
PEST ELIMINATION DIVISION
PO BOX 6007
GRAND FORKS, ND 58206-6007

EDGAR FILINGS, LTD
3900 ESSEX LN
SUITE 900
HOUSTON, TX 77027-5195

ELISEU BATISTA
3409 SHERWOOD LANE
HIGHLAND  VILLAGE
LEWISVILLE, TX 75077-1889

EMPLOYEE BENEFIT RESOURCES
P.O. BOX 1193
HELENA, MT 59624-1193

EMPLOYMENT DEVELOPMENT DEPT.
P.O. BOX 826846
SACRAMENTO, CA 94246-0001

ENERGY WEST RESOURCES
PO BOX 1526
GREAT FALLS, MT 59403-1526

ENTERGY GULF STATES INC.
417 PRIDE DRIVE
HAMMOND, LA 70401-9517

EQUINE SCIENCE SOCIETY
1111 NORTH DUNLAP AVENUE
SAVOY, IL 61874-9604

ERNST & YOUNG
DEPT. 6793
LOS ANGELES, CA 90084-0001

EWI WORLDWIDE INC
LOCKBOX #232315
2315 MOMENTUM PLACE
CHICAGO, IL 60689-0001

FARMERS RICE COOPERATIVE
1760 CREEKSIDE OAKS DR
SUITE 200
SACRAMENTO, CA 95833-2929

FARMERS RICE MILLING CO., INC
P.O. BOX 98509
BATON ROUGE, LA 70884-9509

FASTENAL
PO BOX 978
WINONA, MN 55987-0978

FED EX NATIONAL LTL
CORPORATE HEADQUARTERS
P.O. BOX 95001
LAKELAND, FL 33804-5001

FEDEX
P.O. BOX 7221
PASADENA, CA 91109-7321

FEDEX FREIGHT
4103 COLLECTION CENTER DRIVE
CHICAGO, IL 60693-0041

FEDEX FREIGHT INC
PO BOX 840
HARRISON, AR  72602-0840

FEDEX FREIGHT WEST - 86535013
DEPT CH
P.O. BOX 10306
PALATINE, IL 60055-0306

FEDEX KINKO'S
CUSTOMER ADMINISTRATIVE SVS.
PO BOX 672085
DALLAS, TX 75267-2085

FEDEX OFFICE
P.O. BOX 262682
PLANO, TX 75026-2682

FEED THE CHILDREN
WORK PLACE CAMPAIGN MANAGER
P.O. BOX 36
OKLAHOMA CITY, OK 73101-0036

FENNEMORE CRAIG, P.C.
3003 N. CENTRAL AVENUE
SUITE 2600
PHOENIX, AZ 85012-2930

FILTER FRESH COFFEE SERVICES
3602 E. SOUTHERN AVE.  #6
PHOENIX, AZ 85040-3954

FISHER SCIENTIFIC
ACCT# 011684-001
13551 COLLECTIONS CTR DR
CHICAGO, IL 60693-0135

FOLEY & LARDNER, LLP
35TH FLOOR, ONE CENTURY PLAZA
2029 CENTURY PARK EAST
LOS ANGELES, CA 90067-2901

FORTIS LANDCARE
6682 S DATELAND DRIVE
TEMPE, AZ 85283-3600

FOSTER PRINTING SERVICE, INC.
PO BOX 2089
MICHIGAN CITY, IN 46361-8089

FOX ALARM MONITORING
P.O. BOX 840
ENNIS, MT 59729-0840

FULTON PACIFIC COMPANY
1060 PIPER DRIVE
VACAVILLE, CA 95688-8709

FUTURE CEUTICALS, INC.
300 W. 6TH STREET
MOMENCE, IL 60954-1136

GARDEN STATE NUTRITIONALS LLC
8 HENDERSON DRIVE
WEST CALDWELL, NJ 07006-6608

GAUTHIERS
PO BOX 62071
LAFAYETTE, LA 70596-2071

GE CAPITAL
PO BOX 31001-0275
PASADENA, CA 91110-0001

GEEKS-ON-THE-GO, INC
9221 E BASELINE, RD
MESA, AZ 85209-8310

GLENN RASMUSSEN FOGARTY
& HOOKER, P.A.
PO BOX 3333
TAMPA, FL 33601-3333

GLENN RASMUSSEN FOGARTY & HOOKER, P.A.
ATT: GREGORY M. MCCOSKEY
100 SOUTH ASHLEY DR., #1300
TAMPA, FL 33602-5309

GOLD RIVER WATER COMPANY
2222 FRANCISCO DRIVE
#510-141
EL DORADO HILLS, CA 95762-3762

GRAIN MILLERS, INC.
MS 72
PO BOX 4100
PORTLAND, OR 97208-4100

GRAINGER EQUIPMENT
DEPT. 818865370
P.O. BOX 419267
KANSAS CITY, MO 64141-6267

GREAT VALLEY INDUSTRIES
P.O. BOX 276191
SACRAMENTO, CA 95827-6191

GUARANTY EXTERMINATING CO. INC
2552 HIGHWAY 190
WEST
EUNICE, LA 70535

General Electric Capital Corp
1010 Thomas Edison Blvd SW
Cedar Rapids, IA 52404-8247

H-BAR-N, INC.
P.O. BOX 1020
FRENCHTOWN, MT 59834-1020

HADASIT MEDICAL AND RESEARCH
SVC. & DEVELOPMENT LTD.
P.O. BOX 12000
JERUSELUM ISRAEL 91120

HALPERN CAPITAL
20900 NE 30TH AVENUE
AVENTURA, FL 33180-2100

HELENA INDUSTRIES, INC.
1325 HELENA AVENUE
HELENA, MT 59601-2989

HENDERIKUS HOOGENKEMP
GROTE LEOF 36
6581 JG MALDEN
NETHERLANDS

HERBALSCIENCE SINGAPORE PTE LTD
1SCIENCE PARKRD.#01-07 THE CAPRICOR
SINGAPORE SCIENCE PARK II
SINGAPORE

HILTON ELECTRIC, INC.
325 LAGOON LANE
DILLON, MT 59725-7216

HOGAN & HARTSON L.L.P
COLUMBIA SQUARE
555 THIRTEEN STREET, NW
WASHINGTON, DC 20004-1109

HOLIDAY INN HOTEL & RESORTS
603 HOLIDAY DRIVE
JENNINGS, LA 70546-3022

HORST FRANKE CONSULTING
7 WHITTIER LANE
OAKLAND, NJ 07436-3313

HORUS BRAILFORD, INC.
BOZEMAN PORTABLE STORAGE
135 HIDEAWAY DRIVE
BOZEMAN, MT 59718-8115

HP SCHMID LLC / ORGANIC PLANET
231 SANSOME STREET, SUITE 300
SAN FRANCISCO, CA 94104-2322

HRPLUS
LOCKBOX # 773465
3465 SOLUTION CENTER
CHICAGO, IL 60677-0001

HUGHESNET
P O BOX 96874
CHICAGO, IL 60693-0001

I.E.L. CONSULTING, LLC
IKE LYNCH
1901 CONANT AVENUE
BURLEY, ID 83318-2332

IDG Purchasing
Attn: Jennifer Reynolds
5013 E. Washington Street, Suite 270
Phoenix, AZ 85034-2017

IKE LYNCH
1901CONANT AVENUE
BURLEY, ID 83318-2332

INGREDIENT TECHNOLOGIES, INC
17705 45TH  AVE NORTH
MINNEAPOLIS, MN 55446-2060

INSTITUTE OF MANAGEMENT
ACCOUNTANTS, INC.
P.O. BOX 48002
NEWARK, NJ 07101-4802

INTERBROKERS INTERNATIONAL
38016 BRANT RD
HANSVILLE, WA 98340-9732

INTERCALL
PO BOX 281866
ATLANTA, GA 30384-1866

INTERMOUNTAIN GAS COMPANY
PO BOX 64
BOISE, ID 83732-0064

INTERMOUNTAIN IRRIGATION, INC
P.O. BOX 1327
DILLON, MT 59725-1327

INTERNAL REVENUE SERVICE CENT. INS.OPS
PO BOX 21126
PHILADELPHIA, PA 19114-0326

INTRADE INDUSTRIES, INC.
P.O. BOX 839
CLOVIS, CA 93613-0839

IRON MOUNTAIN
P.O. BOX 601018
LOS ANGELES, CA 90060-1018

Ideation Design Group
Attn: Jennifer Reynolds
5013 E. Washington Street Suite 270
Phoenix, AZ 85034-2017

J.B. HUNT TRANSPORT, INC.
FILE 98545
P.O. BOX 847977
DALLAS, TX 75284-7977

JAMES C. LINTZENICH
15179 BROLIO WAY
NAPLES, FL 34110-2719

JAMES R. WAKEFIELD, ESQ.
CHARLES P. MURAWSKI, ESQ.
CUMMINS & WHITE, LLP
2424 S.E. BRISTOL STREET, SUITE 300
NEWPORT BEACH, CA 92660-0764

JENNIFER HOLLENBERG
AENTA - U235
1425 UNION MEETING ROAD
BLUE BELL, PA 19422-1919

JUST SHIP IT
P.O. BOX 1678
FAIR OAKS, CA 95628-1678

James Cross, Esq.
Brenda Martin, Esq.
Osborn Maledon, P.A.
2929 N. Central Ave., Suite 2100
Phoenix, AZ 85012-2793

K DIAMOND M SUPPLY INC
C/O HORIZON CREDIT UNION
9861 N NEVADA STREET
SPOKANE, WA 99218-3407

K&K ENTERPRISE, INC
DBA K&K WATER
P.O. BOX 954
JENNINGS, LA 70546-0954

KAMP PROPANE INC.
7549 REESE ROAD
SACRAMENTO, CA 95828

KICE INDUSTRIES, INC.
5500 MILL HEIGHTS DRIVE
WICHITA, KS 67219-2358

KING’S DEPARTMENT STORE
150 E BANNACK STREET
DILLON, MT 59725-2502

KNOX APPRAISAL SERVICE
305 S. ARIZONA STREET
DILLON, MT 59725-3001

KUEHNE & NAGEL INC.
P.O. BOX 894252
LOS ANGELES, CA 90189-4252

KUEHNE & NAGEL, INC
5800 HURONTARIO STREET FL 12 C.LOPEZ
MISSISSAUGA, ONTARIO L5R 4B6
CANADA

LEGACY PROPANE
8552 N. DYSART ROAD
EL MIRAGE, AZ 85335-9729

LIBERTY FIRE AND SECURITY SOLU
PO BOX 83718
PHOENIX, AZ 85071-3718

LINCOLN FINANCIAL GROUP
P.O. BOX 0821
CAROL STREAM, IL 60132-0001

LOGIC PAKAGING INC.
3530-B LAKE CENTER DRIVE
SANTA ANA, CA 92704-6990

LOUISIANA DEPT. OF REVENUE
DEPT. OF REVENUE & TAXATION
PO BOX 201
BATON ROUGE, LA 70821-0201

LOUISIANA RICE MILL
102 SOUTH 13TH STREET
MERMENTAU, LA 70556

MANSFIELD WAREHOUSING &
DISTRIBUTION
245 E. FOURTH STREET
MANSFIELD, OH 44902-1519

MCDERMOTT WILL & EMERY LLP
c/o DAVID O'BRIEN
227 WEST MONROE STREET #4400
CHICAGO, IL 60606-5058

MCDERMOTT, WILL & EMERY
600 13TH STREET, N.W.
WASHINGTON, DC 20005-3096

MCMASTER - CARR SUPPLY CO.
PO BOX 4355
CHICAGO, IL  60680-4355

MCMASTER-CARR SUPPLY CO. - MT
P.O. BOX 7690
CHICAGO, IL 60680-7690

MEDALLION LABS
9000 PLYMOUTH AVENUE NORTH
MINNEAPOLIS, MN 55427-3870

MELISSA KLINE
GRAPHIC DESIGNER
4943 E. WINDROSE DR
SCOTTSDALE, AZ 85254-4177

METAL CRAFT WAREHOUSE
1806 ENTERPRISE BLVD
WEST SACRAMENTO, CA 95691-3424

METLIFE SMALL BUSINESS CENTER
P.O. BOX 804466
KANSAS CITY, MO 64180-4466

MISSISSIPPI LIME
P.O. BOX 840033
KANSAS CITY, MO 64184-0033

MISSOURI DEPT OF AGRICULTURE
PO BOX 630
ATTN: LECENSE PLANT INDUSTRIES
JEFFERSON CITY, MO 65102-0630

MJN SERVICES, INC.
534 EAST 800 NORTH
OREM, UT 84097-4146

MOMENTUM THREE, INC.
411 CRICKET COURT
GREEN BAY, WI 54302-5106

MONTANA BROOM & BRUSH
1245 HARRISON
BUTTE, MT 59701-4866

MONTANA ELECTRIC MOTORS, INC
300 HOLMES
BUTTE, MT 59701-7740

MONTANA ENERGY ALLIANCE, L.L.C
P.O. BOX 629
DILLON, MT 59725-0629

MONTANA STATE FUND
5 SOUTH LAST CHANCE GULCH
P.O. BOX 4759
HELENA, MT 59604-4759

MOTION INDUSTRIES, INC. - LA
PO BOX 849737
DALLAS, TX 75284-9737

MOTION INDUSTRIES, INC. -CA
FILE 57463
LOS ANGELES, CA 90074-7463

MSS TECHNOLOGIES, INC
3202 E HARBOUR DR
SUITE ONE
PHOENIX, AZ 85034-8229

MY VAC, LLC
P O BOX 729
JENNINGS, LA 70546-0729

NAPA
DILLION AUTO PARTS INC.
16 SOUTH IDAHO
DILLON, MT 59725-2510

NASCO MODESTO
4825 STODDARD ROAD
P.O. BOX 3837
MODESTO, CA 95352-3837

NASCO WEST
CREDITORS ADJUSTMENT BUREAU INC.,
ASSIGNEE OF NASCO WEST
P.O. BOX 5932
SHERMAN OAKS, CA 91413-5932

NATIONAL FOOD LAB, INC.
DEPT. #44688
PO BOX 44000
SAN FRANCISCO, CA 94144-0001

NATIONAL WELDING SUPPLY CO.INC
PO BOX 9786
NEW IBERIA, LA 70562-9786

NAVIGANT CONSULTING, INC.
30 S. WACKER DRIVE
SUITE 3100
CHICAGO, IL 60606-7444

NETWORK DELIVERY SYS., INC.
909 N. MARKET BLVD.
WEST SACRAMENTO, CA 95834-1204

NEXTEL COMMUNICATIONS
P.O. BOX 549977
LOS ANGELES, CA 90054-0977

NOLIN MILLING, INC.
101 PINE STREET
P.O. BOX 156
DICKENS, IA 51333-0156

NORCAL CONTROLS, INC.
1952 CONCOURSE DRIVE
SAN JOSE, CA 95131-1719

NORRIS, MCLAUGLIN & MARCUS
PROFESSIONAL CORPORATION COUNS
721 ROUTE 202-206
SOMERVILLE, NJ 08876-1018

NORTHERN SAFETY CO.
P.O. BOX 4250
UTICA, NY 13504-4250

National Food Laboratory
Scheduled F Amt. $6,961.50
Dept. #44688
PO Box 44000
San Francisco, CA 94144-0001

Navigant Consulting, Inc.
Attention: Ernest Dixon
201 East Washington Street, Suite 1700
Phoenix, AZ 85004-2245

Nutracea, a California corporation
6720 N. Scottsdale Road, #390
Scottsdale, Arizona 85253-4421

O'BRIEN EMPLOYMENT SERVICE
5301 MADISON AVE., SUITE 201
SACRAMENTO, CA 95841-3146

OH, OH ORGANIC
P.O. BOX 472
LOS GATOS, CA 95031-0472

OLD DOMINION FREIGHT LINE INC.
500 OLD DOMINION WAY
THOMASVILLE, NC 27360-8923

OLD DOMINION FREIGHT LINE INC.
FILE 030989 PO BOX 60000
SAN FRANCISCO, CA 94160-0001

OSBORN MALEDON, P.A.
IOLTA ACCOUNT
2929 N. CENTRAL AVE.
PHOENIX, AZ 85012-2727

P & A GROUP
17 COURT STREET, SUITE 500
BUFFALO, NY 14202-3204

PACIFIC OFFICE AUTOMATION
PO BOX 41602
PHILADELPHIA, PA 19101-1602

PACIFIC OFFICE AUTOMATION, INC
14747 NW GREENBRIER PKWY
BEAVERTON, OR 97006-5601

PACIFIC OFFICE AUTOMATION, INC
P.O. BOX 31001-2071
PASADENA, CA 91110-0001

PAPE MATERIAL HANDLING INC.
FINANCE DEPARTMENT
2430 GRAND AVE
SACEAMENTO, CA 95838-4000

PAPE' MATERIAL HANDLING
P.O. BOX 5077
PORTLAND, OR 97208-5077

PAT'S ELECTRICAL SERVICES
109 S. POLK STREET
WELSH, LA 70591-4233

PG&E
ATTENTION: LOCAL OFFICE
151 N. SUNRISE, #513
ROSEVILLE, CA 95661-2925

PGP INTERNATIONAL
FILE 30707
PO BOX 60000
SAN FRANCISCO, CA 94160-0001

PHD TECHNOLOGIES, LLC
3234 BAYBERRY ROAD
AMES, IA 50014-4597

PINK OTC MARKETS
304 HUDSON ST
NEW YORK, NY 10013-1015

PITNEY BOWES INC.
P.O. BOX 856042
LOUISVILLE, KY 40285-6042

PREMIER EXECUTIVE SEARCH
WILLIAM E. BEHRING
1778 MARSH RUN
NAPLES, FL 34109-0345

PROMARKET OY
YLATUHDONKUJA 1 F 21
40520 JYVASKYLA
FINLAND

PROMERA HEALTH LLC
C/O DAN ONISHUK
61 ACORD PARK DRIVE
NORWELL, MA 02061-1614

QQUEST SOFTWARE SYSTEM
ATTN: JULIE STODDARD
9350 SOUTH 150 EAST, SUITE 300
SANDY, UT 84070-2707

QUALITY SUPPLY OF DILLON
PO BOX 1377
DILLON, MT 59725-1377

QUEST COMMUNICATIONS COMPANY, LLC
ATTN: JANE FREY
1801 CALIFORNIA ST RM 900
DENVER, CO 80202-2609

QWEST
BUSINESS SERVICES
PO BOX 856169
LOUISVILLE, KY 40285-6169

QWEST
PO BOX 29039
PHOENIX, AZ 85038-9039

R AND R IMAGE, INC
3602 E LA SALLE STREET
PHOENIX, AZ 85040-3992

R&R PRINTING
2224 E JONES AVE
PHOENIX, AZ 85040-1467

RAPAT CORPORATION
919 O' DONNELL STREET
HAWLEY, MN 56549-4313

RICE RX
5090 N. 40TH STREET
PHOENIX, AZ 85018-2111

RICE SCIENCE
5090 NORTH 40TH ST
SUITE #400
PHOENIX, AZ 85018-2199

RICELAND FOODS, INC.
C/O BANK OF AMERICA, N.A.
LOCK BOX DEPARTMENT
SAINT LOUIS, MO 63150-0001

RICHMARK LABEL
1110 EAST PINE STREET
SEATTLE, WA 98122-3987

RONALD J. WILCZYNSKI
DISCRETEINQUIRY.COM
P.O. BOX 2035
PLACERVILLE, CA 95667-2035

RYAN COTTOM
31 EAST CLARK STREET
DILLON, MT 59725-3500

RYDER TRANSPORTATION SERVICES
LOCKBOX FILE 56347
LOS ANGELES, CA 90074-6347

Rapat Corporation
POC #19 Amt. $6,904.40
919 O'Donnell Street
Hawley, MN 56549-4310

Recana Solutions LLC a/k/a Recana Financial
Carrie Johnson Phaneuf
Cobb Martinez Woodward PLLC
1700 Pacific Ave., Suite 1700
Dallas, Texas 75201-4614

SACKS TIERNEY
4250 DRINKWATER BLVD
FOURTH FLOOR
SCOTTSDALE, AZ 85251-3981

SACRAMENTO BAG MFG. CO.
440 N. PIONEER AVE.
P.O. BOX 1788
WOODLAND, CA 95776-1788

SACRAMENTO SOUTHPORT LLC
2928 RAMCO STREET
WEST SACRAMENTO, CA 95691-6406

SAFEWAY
4757 COLLECTION CENTER DRIVE
CHICAGO, IL 60693-0047

SAFEWAY
FILE NO. 73002
SAN FRANCISCO, CA 94160-0001

SANTA FE CENTER ASSOC.
C/O ROSS BROWN PARTNERS, INC
2600 N 44TH ST #21
PHOENIX, AZ 85008-1521

SARAH LUKE, PARTNER
LUKE COMMUNICATIONS GROUP
335 CARPENTER HILL ROAD
PINE PLAINS, NY 12567-4709

SCHNEIDER NATIONAL INC.
2567 PAYSHERE CIRCLE
CHICAGO, IL 60674-0025

SCHNEIDER NATIONAL INC.
3101 S. PACKERLAND DR
GREEN BAY, WI 54313-6187

SEATAC PACKING MFG. CORP
901 N. LEVEE ROAD
PUYALLUP, WA 98371-3220

SECURITIES & EXCHANGE COMMISSION
100 F STREET NE
ATTN: CHIEF COUNSEL'S OFFICE
WASHINGTON, DC 20549-2001

SIDLEY AUSTIN LLP
PO BOX 0642
CHICAGO, IL 60690-0642

SILLIKER, INC.
3155 PAYSPHERE CIRCLE
CHICAGO, IL 60674-0031

SKIDMORE SALES & DISTRIBUTION
9889 CINCINNATI-DAYTON ROAD
WEST CHESTER, OH 45069-3825

SLEEP INN AND SUITES
3211 VENTURE PARK DR
LAKE CHARLES, LA 70615-5443

SMI MANUFACTURING, LL
2401 W. 1ST STREET
TEMPE, AZ 85281-2329

SONITROL, INC.
ATTN: KEVIN HAINES
1334 BLUE OAKS BLVD.
ROSEVILLE, CA 95678-7014

SOUTHERN STATES COOPERATIVE
P.O. BOX 932457
ATLANTA, GA 31193-2457

SOUTHLAND TRANSPORT SERVICE
1085 HWY 165 NORTH
STUTTGART, AR 72160-3556

SOUTHWEST GAS CORPORATION
PO BOX 52075
PHOENIX, AZ 85072-2075

SPIRAL BIOTECH
P.O. BOX 845016
BOSTON, MA 02284-5016

SRP
PO BOX 2950
PHOENIX, AZ 85062-2950

STAINBROOK & STAINBROOK
412 AVIATION BLVD., STE H
SANTA ROSA, CA 95403-1089

STAPLES BUSINESS ADVANTAGE
DEPT LA 1368
PO BOX 83689
CHICAGO, IL 60696-0001

STERICYCLE, INC
PO BOX 9001589
LOUISVILLE, KY 40290-1589

STRATIFY
DEPT. CH 17564
PALATINE, IL 60055-0001

SUPERIOR BOLIER, INC.
7664 W. 6000 NORTH
REXBURG, ID 83440-3007

SUPERIOR PRINTING, INC.
DBA SUPERIOR PRESS
11930 HAMDEN PLACE
SANTA FE SPRINGS, CA 90670-3216

SUPERVALU
PO BOX 958844
SAINT LOUIS, MO 63195-8844

SUPERVALU INC
KIMBERLY MYRDAHL
11840 VALLEY VIEW RD
EDEN PRAIRIE, MN 55344-3643

SUPPLY HARDWARE
7115 WATT AVE. SUITE 100
NORTH HIGHLANDS, CA 95660-3213

Sprint Nextel  Correspondence
Attn Bankruptcy Dept
PO Box 7949
Overland Park KS 66207-0949

Sprint Nextel Distribution
Attn: Bankruptcy Dept
P.O. Box 3326
Englewood, CO 80155-3326

TAYLOR PRODUCTS CO., INC.
2205 JOTHI AVENUE
PARSONS, KS 67357-8477

TERIS
2601 N. 3RD STREET, SUITE 101
PHOENIX, AZ 85004-1142

THE ISLAMIC FOOD AND
NUTRITION COUNCIL OF AMERICA
777 BUSSE HWY
PARK RIDGE, IL 60068-2470

THE RAMSEY COMPANIES
6805 N. 55TH AVE.
GLENDALE, AZ 85301-3303

THE RITZ CARLTON
2401 E. CAMELBACK RD.
PHOENIX, AZ 85016-4201

THE WRIGHT GROUP
6428 AIRPORT RD
P.O. BOX 821
CROWLEY, LA 70527-0821

THINK, INC.
4944 WINDPLAY DRIVE, STE 335
EL DORADO HILLS, CA 95762-9310

TLC LABEL COMPANY
2420 N. NEVADA STREET
CHANDLER, AZ 85225-0996

TOM M. CANEFF
THOMSON WEST
610 OPPERMAN DR D6-11-3710
EAGAN, MN 55123-1340

TOTAL TRANSPORTATION SERVICES
P.O. BOX 678500
DALLAS, TX 75267-8500

TOWNSEND & TOWNSEND & CREW
2 EMBARCADERO CENTER, 8TH FLR
SAN FRANCISCO, CA 94111-3819

TRANSACT COMMERCIAL FURNISHING
45 W JEFFERSON
3RD FLOOR
PHOENIX, AZ 85003-2326

TRANSPLACE STUTTGART, LP
P.O. BOX 90407
CHICAGO, IL 60696-0407

TRAVELERS
CL & SPECIALTY REMITTANCE
CENTER
HARTFORD, CT 06183-1008

TREA, INC
4216 S 36TH PLACE
PHOENIX, AZ 85040-1810

TREASURER, STATE OF MAINE
28 STATE HOUSE STATION
AUGUSTA, ME 04333-0028

TRICO WELDING SUPPLIES, INC.
P.O. BOX 2177
WOODLAND, CA 95776-2177

TRILOGY ANANLYTICAL LABORATORY
870 VOSSBRINK DRIVE
WASHINGTON, MO 63090-1067

U.S. TRUSTEE
OFFICE OF THE U.S. TRUSTEE
230 NORTH FIRST AVENUE
SUITE 204
PHOENIX, AZ 85003-1725

UNITED PACIFIC PET
12060 CABERNET DRIVE
FONTANA, CA 92337-7704

UNITED PARCEL SERVICE (Freight)
c/o RMS Bankruptcy Recovery Services
P.O. Box 4396
Timonium, Maryland 21094-4396

UPS
PO BOX 894820
LOS ANGELES, CA 90189-4820

UPS FREIGHT
28013 NETWORK PLACE
CHICAGO, IL 60673-1280

USA RICE MILLERS ASSOCIATION
4301 NORTH FAIRFAX DRIVE
SUITE 425
ARLINGTON, VA 22203-1653

USDA, F&V PGROGRAM, PROC. PROD
P.O. BOX 790303
ST. LOUIS, MO 63179-0303

USDA, GIPSA
P.O. BOX 790335
ST. LOUIS, MO 63179-0335

USF REDDAWAY
26401 NETWORK PLACE
CHICAGO, IL 60673-1264

USF REDDAWAY, INC.
c/o FRANTZ WARD LLP
ATTN:JOHN F. KOSTEINIK, ESQ.
2500 KEY CENTER, 127 PUBLIC SQUARE
CLEVELAND, OH  44114

V&O MACHINE, INC.
17591 COUNTY ROAD 97
WOODLAND, CA 95695-8921

VACO PHOENIX, LLC
5410 MARYLAND WAY
SUITE 460
BRENTWOOD, TN 37027-5064

VALLEY WELDERS SUPPLY, INC
PO BOX 30118
BILLINGS, MT 59107-0118

VENABLE, LLP
P.O. BOX 630798
BALTIMORE, MD 21263-0798

VERIZON WIRELESS - 770297956
P.O. BOX 9622
MISSION HILLS, CA 91346-9622

VIGILANTE ELECTRIC COOP., INC
PO BOX 1049
DILLON, MT 59725-1049

VILLAGE OF MERMENTAU
104 7TH STREET
PO BOX 280
MERMENTAU, LA 70556-0280

VITA PLUS CORPORATION
319 N. DICKASON BLVD
PO BOX 232
COLUMBUS, WI 53925-0232

VITA-TECH INTERNATIONAL
2832 DOW AVENUE
TUSTIN, CA 92780-7212

VOGEL SALES ENGINEERING, INC.
9521 FOLSOM BLVD., UNIT K-L
SACRAMENTO, CA 95827-1203

VWR INTERNATIONAL
P.O. BOX 640169
PITTSBURGH, PA 15264-0169

W.W. GRAINGER, INC.
7300 N. MELVINA AVE M240
NILES, IL 60714-3998

WALGREEN COMPANY
PO BOX 90484
CHICAGO, IL 60696-0484

WASTE MANAGEMENT
RMC
2625 W GRANDVIEW RD
STE 150
PHOENIX AZ 85023-3113

WASTE MANAGEMENT-LAKE CHARLES
OF LAKE CHARLES
PO BOX 9001054
LOUISVILLE, KY 40290-1054

WATT PUBLISHING COMPANY
P.O. BOX 17126
ROCKFORD, IL 61110-7126

WAYNE A. MELANCON
SHERIFF & EX-OFFICO
TAX COLLECTOR
CROWLEY, LA 70527

WEBER SCIENTIFIC
2732 KUSER ROAD
HAMILTON, NJ 08691-1806

WEINTRAUB GENSHLEA CHEDIAK
LAW CORPORATION
400 CAPITOL MALL, 11TH FLOOR
SACRAMENTO, CA 95814-4434

WELLINGTON FOODS
3250 E. 29TH STREET
LONG BEACH, CA 90806-2321

WELLINGTON FOODS, INC.
CUMMINS & WHITE, LLP
ATTN: CHARLES P. MURAWAKI
2424 S.E. BRISTOL ST, #300
NEWPORT BEACH, CA 92660-0764

WEPACKITALL
2745 E HUNTINGTON DRIVE
DUARTE, CA 91010-2302

WEST ELECTRIC, INC
1310 HWY 91 NORTH
DILLON, MT 59725

WESTCOAST ROTOR
119 WEST 154TH ST
GARDENA, CA 90248-2201

WILLIAM CADIGAN
1012 LAURELDALE DRIVE
LITITZ, PA 17543-6615

WILLIS INSURANCE SERVICE OF CA
7250 REDWOOD BLVD., SUITE 300
NOVATO, CA 94945-3269

WILLSTAFF WORLDWIDE
PO BOX 277534
ATLANTA, GA 30384-7534

WIST OFFICE PRODUCE CO
PO BOX 24118
TEMPE, AZ 85285-4118

WOLCOTT FARMS, INC.
BY WINTON WOLCOTT
PO BOX 12
WILLOWS, CA 95988-0012

WORDEN THANE P.C.
ATTORNEY AT LAW
111 NORTH HIGGINS, SUITE 600
MISSOULA, MT 59802-4494

WRIGHT GROUP
6428 AIRPORT RD.
CROWLEY, LA 70526-1604

WYOMING DEPT OF AGRICULTURE
2219 CAREY AVENUE
CHEYENNE, WY 82002-0001

YELLOW TRANSPORTATION, INC.
P.O. BOX 100299
PASADENA, CA 91189-0003

YOLO COUNTY AGRICULTURE DEPT.
70 COTTONWOOD STREET
WOODLAND, CA 95695-2593

YRC INC. fka ROADWAY EXPRESS, INC.
c/o FRANTZ WARD LLP
ATTN: JOHN F. KOSTENIK, ESQ.
2500 KEY CENTER,127 PUBLIC SQUARE
CLEVELAND, OH 44114

(p)YRC LOGISTICS
10990 ROE AVE MS E203
OVERLAND PARK KS 66211-1213

YRC, Logistics
c/o RMS Bankruptcy Recovery Services
P.O. Box 5126
Timonium, Maryland 21094-5126

Bradley Edson
c/o Gerald Shelley
Fennemore Craig, P.C.
3003 N. Central Avenue, Suite 2600
Phoenix, AZ 85012-2930

JAMES E. CROSS
OSBORN MALEDON P.A.
2929 N. CENTRAL AVE. #2100
PHOENIX, AZ 85012-2793

S. CARY FORRESTER
FORRESTER & WORTH, PLLC
3636 NORTH CENTRAL AVENUE
SUITE 700
PHOENIX, AZ 85012-1936

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

YRC LOGISTICS
21819 NETWORK PLACE
CHICAGO, IL 60673

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)AZELIS-ITALIA
GIULIO GROSS VIA LEONARDO DA VINCI
43 TREZZANA
SUL NAVIGLIO MILANO

(d)BACTOLAC PHARMACEUTICAL, INC.
7 OSER AVE
HAUPPAGE, NY 11788-3811

(d)DEBT ACQUISITION COMPANY OF AMERICA V, LLC
1565 HOTEL CIRCLE SOUTH, SUITE 310
SAN DIEGO, CA 92108-3419

(u)FARMERS RICE MILLING
555 SOUTH FLOWER STREET,
SUITE

(d)Fair Harbor Capital, LLC
Ansonia Finance Station
PO Box 237037
New York, NY 10023-0028

(u)GIULIOS GROSS
VIA L DA VINCI , 43
20090 TREZZANO S.N (M)

(u)HENK HOOGENKAMP
GROTE LOEF 36
MALDEN 6581-J

(u)HOORS TRYCKERI
BOX 132
HORBY 24222

(u)IRGOVEL IND. RIOGRANDENSE DE
AV PRESIDENTE JOAO GOULART7351
RIO GRANDE DO SUL, BR 96000

(u)KPMG CORPORATE FINANCE LTDA
CAIXA POSTAL 2467
SAO PAULO 00106-0970

(u)KREGSPEDI
GROTE MARKT 7
2000 ANTWERP

(u)LEANNE KNIGHT
FOGDARP LILLGARDEN 412
HORBY, SW 24 00093-0000

(u)LEYSAM
KM. 18 WEST SERVICE ROAD
SOUTH SUPER HIGHWAY
PARANAQUE CITY, SUCAT

(u)MAPLES
P.O. BOX 309
UGLAND HOUSE
GRAND CAYMAN, KY1-1104

(u)MEDCHEM, VICTUS INTERNATIONAL PTY
16-18 LENTINI STREET
HOPPERS CROSSING, Vic 3029

(u)UNIVERSITY OF LEICESTER
FINANCE SECTION
UNIVERSITY RD.
LEICESTER, LE1 7RH

(d)WELLS FARGO BANK, N.A.
C/O GALLAGHER & KENNEDY, PA
ATTN: JOHN R. CLEMENCY
2575 E. CAMELBACK RD, STE 1100
PHOENIX AZ 85016-9254

End of Label Matrix
Mailable recipients 389
Bypassed recipients 17
Total 406