
**FORRESTER & WORTH, PLLC**
3636 NORTH CENTRAL AVENUE, SUITE 700
PHOENIX, ARIZONA 85012-1927
TELEPHONE (602) 271-4250
FACSIMILE (602) 271-4300
S. CARY FORRESTER (006342)
E-MAIL SCF@FWLAWAZ.COM

ATTORNEYS FOR THE DEBTOR

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 11 |
| NUTRACEA, a California corporation, | 2:09-bk-28817-CGC |
| Debtor. | **ORDER GRANTING ACCELERATED HEARINGS ON DEBTOR'S MOTION TO APPROVE BIDDING PROCEDURES** |
| | and |
| | **DEBTOR'S MOTION FOR AUTHORITY TO (1) SELL ASSETS AND ASSIGN PURCHASE ORDERS ASSOCIATED WITH INFANT CEREAL BUSINESS FREE AND CLEAR OF LIENS (2) ENTER INTO TOLL PROCESSING AGREEMENT AND (3) PAY FINDER'S FEE** |
| | Hearing Date: |
| | Hearing Time: |
| | Hearing Room: 601 |

The Court having considered Debtor's Motion for Accelerated Hearing on Motion to Approve Bidding Procedures for Sale of Assets Associated with Debtor's Infant Cereal Business (the "**Bidding Procedures Motion**") and Motion for Authority to (1) Sell Assets and Assign Purchase Orders Associated With Infant Cereal Business Free and

Order re Accelerated Hrg

Clear of Liens (2) Enter into Toll Processing Agreement and (3) Pay Finder's Fee (the "**Sale Motion**"), and good cause appearing,

**IT IS HEREBY ORDERED** setting the hearing on the Bidding Procedures Motion for the 18th day of February, 2010, at the hour of 10:00 o'clock a.m. before the Honorable Charles G. Case, at the United States Bankruptcy Court, 230 North First Avenue, 6th Floor, Courtroom No. 601, Phoenix, Arizona, and,

**IT IS FURTHER ORDERED** setting the hearing on the Sale Motion for the 1st day of March, 2010, at the hour of 1:30 p.m. before the Honorable Charles G. Case, at the United States Bankruptcy Court, 230 North First Avenue, 6th Floor, Courtroom No. 601, Phoenix, Arizona.

Counsel for Debtor is instructed to provide appropriate notice of both hearings and to file certificates of service evidencing same.

**SIGNED AND DATED ABOVE**