EXHIBIT A

# Johnsen, Carolyn

| | |
|---|---|
| From: | Johnsen, Carolyn |
| Sent: | Wednesday, January 27, 2010 4:48 AM |
| To: | Cary Forrester |
| Cc: | jmichaels@brycon.com; Johnsen, Carolyn |
| Subject: | Nutracea |

Hi Cary: couple of things:
1. Could you please forward over the LOI's and any further progress on the sale of assets?
2. Also, could you send a copy of the financial reports you are giving to the bank. I am assuming these are weekly.
3. I have not heard from you on our questions regarding the operating report.
4. As you know, we have two new members on the Committee – I will send over confidentiality agreements as soon as I have them and will not give them any information until they are in place.

Thanks much, CJ

1

# Johnsen, Carolyn

**From:** Johnsen, Carolyn
**Sent:** Wednesday, January 27, 2010 8:53 AM
**To:** 'Cary Forrester'
**Subject:** nutracea p.s.

Can you send me a copy of the power point presentation

*CJ*

Carolyn J. Johnsen
Chair, Business Restructuring & Reorganization Section
Jennings, Strouss & Salmon
201 E. Washington, 11th Floor
Phoenix, Arizona 85004
phone: 602.262.5906
fax: 602.495.2696
e-mail: cjjohnsen@jsslaw.com

1

# Johnsen, Carolyn

**From:** Johnsen, Carolyn
**Sent:** Thursday, January 21, 2010 11:03 AM
**To:** 'Cary Forrester'
**Subject:** nutracea

Cary: Could you please forward over the Letters of intent you mentioned in court. Has there been further movement on any sales? Thanks,



Carolyn J. Johnsen
Chair, Business Restructuring & Reorganization Section
Jennings, Strouss & Salmon
201 E. Washington, 11th Floor
Phoenix, Arizona 85004
phone: 602.262.5906
fax: 602.495.2696
e-mail: cjjohnsen@jsslaw.com

1

## Johnsen, Carolyn

| | |
|---|---|
| From: | Johnsen, Carolyn |
| Sent: | Monday, January 18, 2010 9:55 AM |
| To: | 'Cary Forrester'; Dale Belt |
| Subject: | nutracea |

Guys: on the Budget variance analysis from last week, I am a little confused as to the time frames, what do they mean? Also, can we get this every week? Thanks,

*CJ*

Carolyn J. Johnsen
Chair, Business Restructuring & Reorganization Section
Jennings, Strouss & Salmon
201 E. Washington, 11th Floor
Phoenix, Arizona 85004
phone: 602.262.5906
fax: 602.495.2696
e-mail: cjjohnsen@jsslaw.com

1