**FORRESTER & WORTH, PLLC**
3636 NORTH CENTRAL AVENUE, SUITE 700
PHOENIX, ARIZONA 85012-1927
TELEPHONE (602) 271-4250
FACSIMILE (602) 271-4300
S. CARY FORRESTER (006342)
E-MAIL SCF@FWLAWAZ.COM

ATTORNEYS FOR THE DEBTOR

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 11 |
| NUTRACEA, a California corporation, | 2:09-bk-28817-CGC |
| Debtor. | **CERTIFICATE OF SERVICE OF NOTICE OF HEARING ON DEBTOR'S MOTION TO APPROVE BIDDING PROCEDURES RELATING TO SALE OF ASSETS ASSOCIATED WITH INFANT CEREAL BUSINESS** |
| | Hearing Date: February 18, 2010<br>Hearing Time: 10:00 a.m.<br>Hearing Room: 601 |

Carrie Lawrence hereby certifies, under penalty of perjury, as follows:

1. She is over the age of twenty-one years and a resident of Maricopa County, Arizona.

2. In her capacity as an employee of Forrester & Worth, PLLC, she caused a true and correct copy of the Notice of Hearing on Debtor's Motion to Approve Bidding Procedures Relating to Sale of Assets Associated With Infant Cereal Business [DE 245], to be mailed to all those on the attached list.

| | |
|---|---|
| 1 | 3. These mailings were by United States Mail, properly addressed and with |
| 2 | postage thereon fully prepaid, and deposited in the United States mail in Phoenix, Arizona, |
| 3 | on February 12, 2010. |
| 4 | Dated February 16, 2010. |
| 5 | |
| 6 | /s/ Carrie Lawrence |
| 7 | Carrie Lawrence |

AETNA
P.O.BOX 88860
CHICAGO, IL 60695

Henderikus Hoogenkemp
Grote Leof 36
6581 JG Malden
Netherlands

Weintraub Genshlea Chediak Law Corporation
400 Capitol Mall, 11th Fl.
Sacramento, CA 95814

Audio Video Resources Inc.
4323 E Cotton Center Blvd
Phoenix, AZ 85040

Herbalscience Singapore PTE LTD
1 Science Park Rd. #01-07
The Capricorn
Singapore Science Park II
Singapore

Wellington Foods
3250 E. 29th Street
Long Beach, CA 90806

Jim Michaels
Brycon Inc.
6150 W. Chandler Blvd, Suite #39
Chandler, AZ 85226

Louisiana Rice Mill
102 South 13th Street.
Mermentau, LA 70556

Farmers Rice Milling Company, Inc.
c/o Jeffrey W. Peters
Corporate Counsel
P.O. Box 788
Baton Rouge, LA 70821

PHD Technologies, LLC
3234 Bayberry Road
Ames, IA 50014

McDermott, Will & Emery
600 13th Street, N.W.
Washington, DC 20005-3096

Galllagher & Kennedy, P.A.
John R. Clemency
2575 E. Camelback Rd., Ste 1100
Phoenix, AZ 85016

Farmers Rice Cooperative
1760 Creekside Oaks Dr. Ste 200
Sacramento, CA 95833

Osborn Maledon, P.A.
IOLTA Account
2929 N. Central Ave.
Phoenix, AZ 85012

Richard J. Cuellar
Office of U.S. Trustee
230 N. First Avenue, Suite 204
Phoenix, AZ 85003

Farmers Rice Milling CO. Inc.
P.O. Box 98509
Baton Rouge, LA 70884

Primeshares
Attention: RVS
261 Fifth Avenue, 22nd Floor
New York, NY 10016

Todd Tuggle
Jennings Strouss & Salmon
201 E. Washington St., 11th Fl.
Phoenix, AZ 85004-2385

Foley & Lardner, LLP
35th Floor, One Century Plaza
2029 Century Park East
Los, Angeles, CA 90067

MSS Technologies, Inc
3202 E Harbour Dr., Suite One
Phoenix, AZ 85034

Bryson Law Firm, PLC
7227 E. Baseline Rd., Suite 114
Mesa, AZ 85209

Chad L. Schexnayder
Christopher R. Stovall
Jennings Haug, et al
2800 N. Central Ave., #1800
Phoenix, AZ 85004

Navigant Consulting, Inc.
30 S. Wacker Drive, Suite 3100
Chicago, Il 60606

Gerald Shelley
FENNEMORE CRAIG P.C.
3003 N. Central Ave, Suite 2600
Phoenix, AZ 85012-2913

Hadasit Medical and Research Svc. and Development Ltd.
P.O. Box 12000
Jeruselum Israel 91120

Sacramento Bag MFG. CO.
P.O. Box 1788
Woodland, CA 95696-6122

Linda Boyle
tw telecom inc
10475 Park Meadows Drive, #400
Littleton, CO 80124

Baruch Halpern
Halpern Capital
18851 Northeast 29th Ave
Miami, FL 33180

Bart
TREA, Inc
4216 S. 36th Place
Phoenix, AZ 85040

Drane, Freyer and Lapins
Attn.: Wendy Freyer, Esq.150 North Wacker Drive, 8th Fl.
Chicago, IL 60606

James E. Cross, Esq.
Brenda K. Martin, Esq.
OSBORN MALEDON, P.A.
2929 N. Central Ave., Suite 2100
Phoenix, AZ 85012

Stephen L. Williamson Montgomery,
Barnett, Brown, Read, Hammond &
Mintz, L.L.P.
3300 Energy Centre,
1100 Poydras St.
New Orleans, LA 70163

Thomas G. Luikens, Esq.
Joseph M. Hillegas, Jr., Esq.
Ayers & Brown, PC
4227 N. 32nd Street, 1st Floor
Phoenix, AZ 85018

Sarah D. Moyed
5670 Wilshire Boulevard, 11th Floor
Los Angeles, CA 90036

James R. Wakefield, Esq.
Charles P. Murawski, Esq.
Cummins & White, LLP
2424 SE Bristol Street, Suite 300
Newport Beach, CA 92660

David W. Creeggan, Esq.
Trainor Fairbrook
980 Fulton Avenue
Sacramento, CA 95825

Aaron A. Tigert, Esq.
Vita Plus Corporation
2514 Fish Hatchery Rd
P.O. Box 259126
Madison, WI 53725

Carolyn J. Johnsen
Jennings, Strouss & Salmon, P.L.C.
201 E. Washington St., 11th Floor
Phoenix, AZ 85004-2385

S. Cary Forrester
Forrester & Worth, PLLC
3636 N. Central Ave., Suite 700
Phoenix, AZ 85012

Eric D. Gere
Keith F. Overholt
Jennings, Strouss & Salmon, P.L.C.
201 E. Washington St., 11th Floor
Phoenix, AZ 85004

Outhouse Plumbing Company, Inc.
938 N. Marble Street
Gilbert, AZ 85234

Brent H. Bryson
Bryson Law Firm, PLC
7227 E. Baseline Road, Suite 114
Mesa, AZ 85209

Ganado Painting & Wall Covering,
Inc.
c/o Steven D. Morse, Statutory
Agent
27120 N. 63rd Place
Scottsdale, AZ 85262

Kevin Blakely
Gammage & Burnham PLC
Two N. Central, 18th Floor
Phoenix, AZ 85004

RBG Construction Company, LLC
c/o Raymond B. Gonzales
P.O. Box 309
Glendale, AZ 85311-0309

Stephen E. Jackson
Warner Angle Hallam Jackson &
Formanek PLC
3550 N. Central Ave., Suite 500
Phoenix, AZ 85012

F Rodgers Corporation
c/o Adrian R. Wolff
601 S. 54th Street #10
Chandler, AZ 85226

Timothy I. McCulloch
Gordon & Rees, LLP
111 W. Monroe Street, Suite 111
Phoenix, AZ 85003

Far West Insulation Contracting,
Inc.
Brad M. Thies
Clark Hill, PLC
16427 N. Scottsdale Rd., Suite 210
Scottsdale, AZ 85254

D. Kim Lough
Travis A. Pacheco
Jennings, Haug & Cunningham, LLP
2800 N. Central Ave., Suite 1800
Phoenix, AZ 85004

Brycon Residential Construction Co.
c/o Greg Thomas – Statutory Agent
2424 East Arrowhead Trail
Gilbert, Arizona 85297

Brycon Residential Construction Co.
6150 W. Chandler Blvd., #39
Chandler, Arizona 85226

HD Supply, Inc.
c/o Corporate Creations Networks I
8655 E. Via de Ventura, Suite G-200
Scottsdale, AZ 85258

Timothy Ducar
Dodge, Anderson, Mableson, Steiner,
Jones & Horowitz, Ltd.
3003 N. Central Ave., Suite 1800
Phoenix, AZ 85012

Ms. Shuang Liu
Biostime
187 Lianguang Road East District
Economic & Technological
Development District
Guangzhou, China 510730

Jessica Rolph
Happy Baby
25 Washington Street, Suite 601
Brooklyn, NY 11201

Rondi Prescott
Healthy Times
13200 Kirkham Way, #104
Poway, CA 92064

Charleen O'Riley
Rafferty's Garden
Unit 1, 17 Napier Road
P.O. Box 28099
Havelock North
New Zealand 4157

Shannan Swanson
Tasty Baby
22741 Pacific Coast Highway
Suite 310
Malibu, CA 90265

Noreen Dumann
Safeway
P.O. Box 29093
Phoenix, AZ 85038

Wenhui Zhang
Biostime
4065 Ambergate Pl.
Dublin, CA 94568

Fei Luo
Biostime
233 Tianhe N. Road
Room 1110 Citic Plaza
GuangZhou, China  510613

Greg Johnson
Maple Island
2497 Seventh Avenue East
Suite 105
North St. Paul, MN 55109

Tom Carlucci
Rice Plex Global Inc.
P.O. Box 388
New Gretna, NJ 08224

Patty McPeak
Nanacea
100 Rock Lane
El Dorado Hills, CA 95762

Brad Edson
6021 E. Lafayette Blvd.
Scottsdale, AZ 85251

Bright Foods
Attn:  Li Yuanzhi
No. 620 Damuqiao Road
Shanghai, PRC