**FORRESTER & WORTH, PLLC**
3636 NORTH CENTRAL AVENUE, SUITE 700
PHOENIX, ARIZONA 85012-1927
TELEPHONE (602) 271-4250
FACSIMILE (602) 271-4300
S. CARY FORRESTER (006342)
E-MAIL SCF@FWLAWAZ.COM

ATTORNEYS FOR THE DEBTOR

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>NUTRACEA, a California corporation,<br><br>Debtor. | Chapter 11<br><br>2:09-bk-28817-CGC<br><br>**NOTICE OF: (1) FILING MOTION FOR AUTHORITY TO EMPLOY AUCTIONEER PURSUANT TO SECTION 328(a) OF THE CODE AND SELL PERSONAL PROPERTY AT AUCTION FREE AND CLEAR OF LIENS, CLAIMS AND INTERESTS; AND (2) BAR DATE FOR FILING OBJECTIONS TO THE MOTION**<br><br>Hearing Date: TBD<br>Hearing Time: TBD<br>Hearing Place: Courtroom No. 601 |

**NOTICE IS HEREBY GIVEN** that debtor NutraCea, a California corporation (the "**Debtor**"), by and through its undersigned counsel, has filed a Motion for Authority to Employ Auctioneer Pursuant to Section 328(a) of the Code and Sell Personal Property at Auction Free and Clear of Liens, Claims and Interests (the "**Motion**"). The Motion seeks entry of an order authorizing it to: (a) Employ auctioneer Cunningham & Associates, Inc. ("**Cunningham**"), pursuant to the terms of the Exclusive Auction Contract Agreement (the "**Agreement**") dated February 12, 2010, a copy of which is attached as Exhibit "1" to the Motion; (b) sell the personal

property described in Exhibit "A" at auction free and clear of all liens, claims, and interests, with all such liens, claims and interests to attach to the proceeds of sale; and, (c) pay Cunningham its commission of 15% of the gross dollar amount received at the auction, plus all of its out-of-pocket expenses at the conclusion of the auction. The Debtor has further requested that the 10-day stay of Rule 6004(h), Rules of Bankruptcy Procedure, be waived.

**NOTICE IS FURTHER GIVEN** that pursuant to Bankruptcy Rule 2002(a)(3) and Local Bankruptcy Rules 2002-1(a)(1) and 9013-1, that any written objection to the Motion must be filed with the Court and a copy served upon the Debtor's attorneys whose address is set forth above within fifteen (15) days of service of this Notice.

Dated this 19th day of February, 2010.

FORRESTER & WORTH, PLLC

/s/ SCF (006342)
S. Cary Forrester
Attorneys for the Debtor

Copy e-mailed on February 19th, 2010 and/or mailed on February 22, 2010 to all those on the official notice service list:

/s/ Carrie Lawrence
Carrie Lawrence

NutraCea; 2/18/2010

Items for sale at public auction#2 follow-up:

Refrigerators
Dishwashers
Flat screen TV

Desks
Credenzas
Office chairs
Filing Cabinets
Office cubicles
Conference room tables
End tables and misc. furniture (ottomans)
Kitchen table with chairs (sets)
Décor
Lab equipment and supplies
Computer hardware and supplies; ex: printers, monitors and accessories; EXCLUDING operating systems, computers or computer hard-drives;
Building materials, insulation, lighting, and piping.
Office stationary supplies.

Exhibit "A"