# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

**Debtor:** Nutracea, a California corporation
**Case Number:** 2:09-bk-28817-CGC  **Chapter:** 11
**Date / Time / Room:** MONDAY, MARCH 01, 2010 01:30 PM  6TH FLOOR #601
**Bankruptcy Judge:** CHARLES G. CASE II
**Courtroom Clerk:** WANDA GARBERICK
**Reporter / ECR:** KAYLA MORGAN

## Matter:

Accelerated Hearings on: Debtor's Motion for Authority to (1) Sell Assets and Assign Purchase Orders Associated With Infant Cereal Business Free and Clear of Liens (2) Enter Into Toll Processing Agreement and (3) Pay Finder's Fee and Debtor's Motion to Approve Bidding Procedures filed by S. CARY FORRESTER of FORRESTER & WORTH, PLLC on behalf of Nutracea, a California corporation

**R / M #:** 241 / 0

## Appearances:

S. CARY FORRESTER, ATTORNEY FOR NUTRACEA, A CALIFORNIA CORPORATION
CAROLYN JOHNSON, ATTORNEY FOR UNSECURED CREDITORS COMMITTEE
JULIA RYSTAD, ATTORNEY FOR WELLS FARGO
CRAIG REIMER, ATTORNEY AT MAYER & BROWN LLP-

## Proceedings:

Mr. Forrester states that all parties are in agreement to the sale, and have approved the sale order. He provides the court with a copy of the order. Mr. Forrester goes over the terms of the sale and explains the proposed payments that will be made.

COURT: THE COURT ASKED FOR HIGHER OR BETTER OFFERS, AND THERE ARE NONE. IT IS ORDERED APPROVING THE SALE AND DIRECTING COUNSEL TO UPLOAD A FORM OF ORDER.