**FORRESTER & WORTH, PLLC**
3636 NORTH CENTRAL AVENUE, SUITE 700
PHOENIX, ARIZONA 85012-1927
TELEPHONE (602) 271-4250
FACSIMILE (602) 271-4300
S. CARY FORRESTER (006342)
E-MAIL SCF@FWLAWAZ.COM

ATTORNEYS FOR THE DEBTOR

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 11 |
| NUTRACEA, a California corporation, | 2:09-bk-28817-CGC |
| Debtor. | **NOTICE OF HEARING ON DEBTOR'S MOTION TO APPROVE BIDDING PROCEDURES RELATING TO SALE OF EQUINE BRANDS AND RELATED INVENTORY** |
| | Hearing Date: March 30, 2010<br>Hearing Time: 1:30 p.m.<br>Hearing Room: 601 |

**NOTICE IS HEREBY GIVEN** that Debtor has filed a motion (the "**Motion**") to approve certain bidding procedures and bidder protections relating to the proposed sale of its Natural Glo, Satin Finish and Max-E-Glo trademarks and related inventory free and clear of all liens, claims, and interests to Manna Pro Products, LLC ("**Buyer**").

**FURTHER NOTICE IS HEREBY GIVEN**, that a hearing on the Motion will be held before the Honorable Charles G. Case at the United States Bankruptcy Court, 230 North First Avenue, 6th Floor, Courtroom No. 601, Phoenix, Arizona, on March 30, 2010, at 1:30 p.m.

**FURTHER NOTICE IS HEREBY GIVEN** that any objections to the Motion must be filed with the Clerk of the United States Bankruptcy Court, (a) by hand-delivery or mail to 230

North First Avenue, Suite 101, Phoenix, Arizona, or (b) electronically at the Court's web site: ecf.azb.uscourts.gov, using the Court's electronic filing procedures, so that such objections are received two (2) business days before the hearing. A copy of any objection must also be served upon Debtor's attorney at the address set forth above.

DATED this 18th day of March, 2010.

FORRESTER & WORTH, PLLC


/s/ SCF (006342)
S. Cary Forrester
Attorneys for the Debtor

Copy e-mailed and/or mailed March 18, 2010 to all those on the service list attached hereto:

/s/ Carrie A. Lawrence
Carrie A. Lawrence