| United States Bankruptcy Court | |
|---|---|
| For the District Of Arizona | |

| | |
|---|---|
| NUTRACEA A CALIFORNIA CORPORATION | } Chapter 11 |
| | } |
| | } |
| | } |
| | } Case No. |
| | } 09-28817 |
| Debtor | } Amount $29,870.00 |

**Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
To: Transferor:

**CURRAN & CONNORS**
**140 ADAMS AVENUE, STE 20 C**
**HAUPPAUGE, NY 11788**

The transfer of your claim as shown above in the amount of **$29,870.00** has been transferred to:

      Liquidity Solutions Inc
      One University Plaza
      Suite 312
      Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

      By/s/Eric Horn
      Liquidity Solutions Inc
      (201) 968-0001

497671

## TRANSFER NOTICE

CURRAN & CONNORS INC ("Assignor"), transfers and assigns unto Liquidity Solutions, Inc., with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the Claim of Assignor as set forth in the Agreement against Nutracea, a California Corporation ("Debtor"), in the aggregate amount of $29,870.00 representing all claims of Assignor pending against Debtor in the United States Bankruptcy Court, District of Arizona, Case No. 09-28817.

IN WITNESS WHEREOF, Assignor has signed below as of the ___10___ day of __JUNE__, 2010.

CURRAN & CONNORS INC                              Liquidity Solutions, Inc.

By: _____                   _____
    (Signature)                                   (Signature)

__MICHAEL W. UNGER   VP FINANCE__                 __ERIC Horn__
(Print Name and Title)                            (Print Name)

497671