# UNITED STATES BANKRUPTCY COURT

## District of Arizona

In re: <u>Nutracea, A California Corporation</u>    Case No. <u>09-28817</u>

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(1), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>TRC OPTIMUM FUND LLC</u>
Name of Transferee

Name and Address where notices to transferee should be sent:

TRC OPTIMUM FUND LLC
Attn: Terrel Ross
336 Atlantic Avenue Suite 302
East Rockaway, NY 11518

Phone: <u>516-255-1801</u>
Last four digits of Acct#: <u>N/A</u>

Name and address where transferee payments should be sent (if different from above):

Phone: <u>N/A</u>
Last four digits of Acct#: <u>N/A</u>

<u>CONSTRUCTIONE 1, LLC</u>
Name of Transferor

Court Claim # (if known): <u>N/A</u>
Amount of Claim: <u>$25,000.00</u>
Date Claim Filed: <u>N/A</u>

Phone: <u>(602) 647-9600</u>
Last four digits of Acct.#: <u>N/A</u>

Name and Current Address of Transferor:

CONSTRUCTIONE 1, LLC
11811 N Tatum Blvd. # 3031
Phoenix, AZ 85028

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  <u>/s/Terrel Ross</u>                                            Date: <u>July 22, 2010</u>
Transferee/Transferee's Agent
*Penalty for making a false statement:* Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

### Exhibit A to Assignment of Claim

TO: United States Bankruptcy Court ("Bankruptcy Court")
District of Arizona
230 N. First Ave., #101
Phoenix, AZ 85003
Attention: Clerk

AND TO: NUTRACEA, A CALIFORNIA CORPORATION ("Debtor")
Case No. 09-28817

Claim # N/A

**CONSTRUCTIONE 1, LLC.**, its successors and assigns ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

**TRC OPTIMUM FUND LLC**
336 Atlantic Avenue Suite 302
East Rockaway, NY 11518
Attention: Terrel Ross

its successors and assigns ("Assignee"), all of Assignor's rights, title, interest, claims and causes of action in and to, or arising under or in connection with its Claim in the amount of **$25,000.00** ("Claim"), as listed in the Debtor's Schedule F against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by rule 3001 of the federal Rules of Bankruptcy procedure, the Bankruptcy code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring the Claim and recognizing the Assignee as the sole owners and holders of the Claim.

Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, THIS EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 21ST DAY OF July, 2010.

ASSIGNOR: CONSTRUCTIONE 1, LLC.

_____
(Signature)

GARY D. WENGER
(Print Name)

MANAGING MEMBER
(Title)

ASSIGNEE: TRC OPTIMUM FUND LLC

_____
(Signature)

Terrel Ross
(Print Name)

Managing Member
(Title)

B 6F (Official Form 6F) (12/07) Cont.

In re  NutraCea, a California Corporation, Debtor

Case No. 2:09-bk-28817-CGC
(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | H, W, J, or C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE.O LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL |
|---|---|---|---|---|---|---|---|
| Account No. CON13<br><br>CONSTRUCTIONE 1, LLC.<br>1811 N. TATUM BLVD., SUITE 3057<br>PHOENIX, AZ 85028 | | | Various<br>Trade | | | | $25,000.00 |
| Account No. COV01<br><br>COVANCE LABS<br>PO BOX 820511<br>PHILADELPHIA, PA 19182 | | | Various<br>Trade | | | | $19,594.50 |
| Account No. CTC01<br><br>CT CORPORATION SYSTEM<br>P.O. BOX 4349<br>CAROL STREAM, IL 60197-4349 | | | Various<br>Trade | | | | $358.00 |
| Account No. CUR02<br><br>CURRAN & CONNORS, INC.<br>140 ADAMS AVENUE SUITE 20C<br>HAUPPAGE, NY 11788-3618 | | | Various<br>Trade | | | | $29,870.00 |
| Account No. DCR01<br><br>D C RENTAL, LLC<br>2554 HWY 91 N<br>DILLON, MT 59725 | | | Various<br>Trade | | | | $58.00 |

Sheet no. 16 of 63 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal: $74,880.50

Total:

Sierra Case Management