United States Bankruptcy Court
For the District Of Arizona

| | |
|---|---|
| NUTRACEA A CALIFORNIA CORPORATION | } Chapter 11 } } } } Case No. } 09-28817 |
| Debtor | } Amount **$8,324.35** |

**Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
**To: Transferor:**

**WIST OFFICE PRODUCE CO**
**PO BOX 24118**
**TEMPE, AZ 85285**

The transfer of your claim as shown above in the amount of **$8,324.35** has been transferred to:

      Liquidity Solutions Inc
      One University Plaza
      Suite 312
      Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

      By/s/Eric Horn
      Liquidity Solutions Inc
      (201) 968-0001

497726

**TRANSFER NOTICE**

WIST OFFICE PRODUCE CO ("Assignor"), transfers and assigns unto Liquidity Solutions, Inc., with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the Claim of Assignor as set forth in the Agreement against Nutracea, a California Corporation ("Debtor"), in the aggregate amount of $8,324.35 representing all claims of Assignor pending against Debtor in the United States Bankruptcy Court, District of Arizona, Case No. 09-28817.

IN WITNESS WHEREOF, Assignor has signed below as of the __16__ day of __September__, 2010.

| WIST OFFICE PRODUCE CO | Liquidity Solutions, Inc. |
|---|---|
| By: _____ (Signature) | _____ (Signature) |
| ROBERT E. WIST - PRESIDENT (Print Name and Title) | ERIC HORN (Print Name) |

A07706