# UNITED STATES BANKRUPTCY COURT

## District of Arizona

In re: Nutracea, A California Corporation    Case No. 09-28817

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(1), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| TRC OPTIMUM FUND LLC<br>Name of Transferee | SMI MANUFACTURING, LLC<br>Name of Transferor |
| Name and Address where notices to transferee should be sent: | Court Claim # (if known): N/A<br>Amount of Claim: $18,911.26<br>Date Claim Filed: N/A |
| TRC OPTIMUM FUND LLC<br>Attn: Terrel Ross<br>336 Atlantic Avenue Suite 302<br>East Rockaway, NY 11518 | Phone: (480) 927-9002<br>Last four digits of Acct.#: N/A<br><br>Name and Current Address of Transferor: |
| Phone: 516-255-1801<br>Last four digits of Acct#: N/A | SMI MANUFACTURING, LLC<br>2401 West 1st Street<br>Tempe, AZ 85281 |
| Name and address where transferee payments should be sent (if different from above): | |
| Phone: N/A<br>Last four digits of Acct#: N/A | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  /s/Terrel Ross                                        Date: September 28, 2010
Transferee/Transferee's Agent
*Penalty for making a false statement:* Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# EVIDENCE OF TRANSFER OF CLAIM

Exhibit A to Assignment of Claim

TO: United States Bankruptcy Court ("Bankruptcy Court")
District of Arizona
230 N. First Ave., #101
Phoenix, AZ 85003
Attention: Clerk

AND TO: NUTRACEA, A CALIFORNIA CORPORATION ("Debtor")
Case No. 09-28817

Claim # N/A

**SMI MANUFACTURING, LLC**, its successors and assigns ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

**TRC OPTIMUM FUND LLC**
336 Atlantic Avenue Suite 302
East Rockaway, NY 11518
Attention: Terrel Ross

its successors and assigns ("Assignee"), all of Assignor's rights, title, interest, claims and causes of action in and to, or arising under or in connection with its Claim in the amount of USD$18,911.26 ("Claim"), as listed in the Debtor's Schedule F against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by rule 3001 of the federal Rules of Bankruptcy procedure, the Bankruptcy code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring the Claim and recognizing the Assignee as the sole owners and holders of the Claim.

Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, THIS EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 27th DAY OF September, 2010.

ASSIGNOR: SMI MANUFACTURING, LLC

_____
(Signature)

Ferrel Raskin
(Print Name)

CEO
(Title)

ASSIGNEE: TRC OPTIMUM FUND LLC

_____
(Signature)

Terrel Ross
(Print Name)

Managing Member
(Title)

B 6F (Official Form 6F) (12/07) Cont.

In re __NutraCea, a California Corporation__,
Debtor

Case No. __2:09-bk-28817-CGC__
(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | H, W, J, or C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE.O LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL |
|---|---|---|---|---|---|---|---|
| Account No. SIL01<br><br>SILLIKER, INC.<br>3155 PAYSPHERE CIRCLE<br>CHICAGO, IL 60674 | | | Various<br>Trade | | | | $8,507.85 |
| Account No. SKI01<br><br>SKIDMORE SALES & DISTRIBU<br>9889 CINCINNATI-DAYTON ROAD<br>WEST CHESTER, OH 45069 | | | Various<br>Trade | | | | $100.00 |
| Account No. SLE01<br><br>SLEEP INN AND SUITES<br>3211 VENTURE PARK DR<br>LAKE CHARLES, LA 70615 | | | Various<br>Trade | | | | $904.00 |
| Account No. SMI01<br><br>SMI MANUFACTURING, LL<br>2401 W. 1ST STREET<br>TEMPE, AZ 85281 | | | Various<br>Trade | | | | $18,911.26 |
| Account No. SON03<br><br>SONITROL, INC.<br>ATTN: KEVIN HAINES 1334 BLUE OAKS BLVD.<br>ROSEVILLE, CA 95678 | | | Various<br>Trade | | | | $321.00 |

Sheet no. 50 of 63 continuation sheets attached
to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal: $28,744.11
Total: