# UNITED STATES BANKRUPTCY COURT

## District of Arizona

In re: Nutracea, A California Corporation     Case No. 09-28817

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(1), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| TRC OPTIMUM FUND LLC<br>Name of Transferee | WILLSTAFF WORLDWIDE<br>Name of Transferor |
| Name and Address where notices to transferee should be sent:<br><br>TRC OPTIMUM FUND LLC<br>Attn: Terrel Ross<br>336 Atlantic Avenue Suite 302<br>East Rockaway, NY 11518<br><br>Phone: 516-255-1801<br>Last four digits of Acct#: N/A<br><br>Name and address where transferee payments should be sent (if different from above):<br><br>Phone: N/A<br>Last four digits of Acct#: N/A | Court Claim # (if known): N/A<br>Amount of Claim: USD$24,044.27<br>Date Claim Filed: N/A<br><br>Phone: (318) 807-4207<br>Last four digits of Acct.#: N/A<br><br>Name and Current Address of Transferor:<br><br>WILLSTAFF WORLDWIDE<br>328 DeSiard Street<br>Monroe, LA 71201 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/Terrel Ross                                 Date: October 7, 2010
Transferee/Transferee's Agent
*Penalty for making a false statement:* Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# EVIDENCE OF TRANSFER OF CLAIM

Exhibit A to Assignment of Claim

TO: United States Bankruptcy Court ("Bankruptcy Court")
District of Arizona
230 N. First Ave., #101
Phoenix, AZ 85003
Attention: Clerk

AND TO: NUTRACEA, A CALIFORNIA CORPORATION ("Debtor")
Case No. 09-28817

Claim # N/A

**WILLSTAFF WORLDWIDE**, its successors and assigns ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

**TRC OPTIMUM FUND LLC**
336 Atlantic Avenue Suite 302
East Rockaway, NY 11518
Attention: Terrel Ross

its successors and assigns ("Assignee"), all of Assignor's rights, title, interest, claims and causes of action in and to, or arising under or in connection with its Claim in the amount of **USD$24,044.27** ("Claim"), as listed in the Debtor's Schedule F against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by rule 3001 of the federal Rules of Bankruptcy procedure, the Bankruptcy code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring the Claim and recognizing the Assignee as the sole owners and holders of the Claim.

Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, THIS EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS __7__ DAY OF __October__, 2010.

ASSIGNOR: WILLSTAFF WORLDWIDE

_____
(Signature)

_____
(Print Name)

_____
(Title)

ASSIGNEE: TRC OPTIMUM FUND LLC

_____
(Signature)

Terrel Ross
(Print Name)

Managing Member
(Title)

In re NutraCea, a California Corporation, Debtor

Case No. 2:09-bk-28817-CGC (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | H, W, J, or C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. O LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL |
|---|---|---|---|---|---|---|---|
| Account No. WES04<br><br>WESTCOAST ROTOR<br>119 WEST 154TH ST<br>GARDENA, CA 90248-2201 | | | Various<br>Trade | | | | $1,138.93 |
| Account No. WIL08<br><br>WILLIS INSURANCE SERVICE<br>7250 REDWOOD BLVD., SUITE 300<br>NOVATO, CA 94945 | | | Various<br>Trade | | | | $33,345.00 |
| Account No. WIL07<br><br>WILLSTAFF WORLDWIDE<br>PO BOX 277534<br>ATLANTA, GA 30384-7534 | | | Various<br>Trade | | | | $24,044.27 |
| Account No. WIS04<br><br>WIST OFFICE PRODUCE CO<br>PO BOX 24118<br>TEMPE, AZ 85285 | | | Various<br>Trade | | | | $8,324.35 |
| Account No. WOL02<br><br>WOLCOTT FARMS, INC.<br>BY WINTON WOLCOTT PO BOX 12<br>WILLOWS, CA 95988 | | | Various<br>Trade | | | | $253.50 |

Sheet no. 62 of 63 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal: $67,106.05
Total: