United States Bankruptcy Court
For the District Of Arizona

| | |
|---|---|
| NutraCea, a California Corporation | } Chapter 11 |
| | } |
| | } |
| | } |
| | } Case No. |
| | } 09-28817 |
| Debtor | } **Amount $1,253.28** |

**Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
**To: Transferor:**

**BEST WESTERN RICHMOND**
**SUITES HOTEL 2600 MOELING ST**
**LAKE CHARLES, LA 70615**

The transfer of your claim as shown above in the amount of **$1,253.28** has been transferred to:

> Liquidity Solutions Inc
> One University Plaza
> Suite 312
> Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

By/s/Eric Horn
Liquidity Solutions Inc
(201) 968-0001

3177364

## TRANSFER NOTICE

Best Western Richmond ("Assignor"), transfers and assigns unto Liquidity Solutions, Inc., with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the Claim of Assignor as set forth in the Agreement against **NutraCea, a California Corporation** (the "Debtor"), in the aggregate amount of **$1,253.28** , representing all claims of Assignor pending against the Debtor in the United States Bankruptcy Court, District of Arizona, administered as Case No. 09-28817.

IN WITNESS WHEREOF, Assignor has signed below as of the 12th day of Oct., 2010

Best Western Richmond

[signature]
(Signature)

Kathleen Mason Bank Rec. Director
(Print Name and Title)

[signature]
Liquidity Solutions, Inc.
Eric Horn.

NutraCea, a California Corporation
Best Western Richmond

3177364

SEP-27-2010 15:13 From:209-832-1600

To:2019680010

Page:4/6