United States Bankruptcy Court
For the District Of Arizona

| NUTRACEA A CALIFORNIA CORPORATION | } Chapter 11 |
| --- | --- |
| | } |
| | } |
| | } |
| | } Case No. |
| | } 09-28817 |
| Debtor | } Amount $1,350.00 |

**Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
**To: Transferor:**

EWI WORLDWIDE INC
LOCK BOX #232315
2315 MOMENTUM PLACE
CHICAGO, IL 60689

The transfer of your claim as shown above in the amount of **$1,350.00** has been transferred to:

>Liquidity Solutions Inc
>One University Plaza
>Suite 312
>Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.


>By/s/ERIC HORN
>Liquidity Solutions Inc
>(201) 968-0001


497735

## TRANSFER NOTICE

EWI WORLDWIDE INC ("Assignor"), transfers and assigns unto Liquidity Solutions, Inc., with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the Claim of Assignor as set forth in the Agreement against Nutracea, a California Corporation ("Debtor"), in the aggregate amount of $1,800.00 representing all claims of Assignor pending against Debtor in the United States Bankruptcy Court, District of Arizona, Case No. 09-28817.

IN WITNESS WHEREOF, Assignor has signed below as of the __18th__ day of __October__ 2010.

EWI WORLDWIDE INC                                  Liquidity Solutions, Inc.

By: _____                        _____
(Signature)                                         (Signature)

VERA ROGGEN - CONTRCTS MGR                          ERIC Horn
(Print Name and Title)                              (Print Name)

447735