United States Bankruptcy Court
For the District Of Arizona

| NUTRACEA A CALIFORNIA CORPORATION | } Chapter 11 |
| | } |
| | } Case No. |
| | } 09-28817 |
| Debtor | } Amount **$2,040.00** |

**Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
**To: Transferor:**

**O'BRIEN EMPLOYMENT SERVICE**
**5301 MADISON AVENUE**
**SACRAMENTO, CA 95841**

The transfer of your claim as shown above in the amount of **$2,040.00** has been transferred to:

    Liquidity Solutions Inc
    One University Plaza
    Suite 312
    Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

    By/s/ERIC HORN
    Liquidity Solutions Inc
    (201) 968-0001

497756

## TRANSFER NOTICE

O'BRIEN EMPLOYMENT SERVICES ("Assignor"), transfers and assigns unto Liquidity Solutions, Inc., with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the Claim of Assignor as set forth in the Agreement against Nutracea, a California Corporation ("Debtor"), in the aggregate amount of $2,040.00 representing all claims of Assignor pending against Debtor in the United States Bankruptcy Court, District of Arizona, Case No. 09-28817.

IN WITNESS WHEREOF, Assignor has signed below as of the __5__ day of _November_, 2010.

O'BRIEN EMPLOYMENT SERVICES                Liquidity Solutions, Inc.

By: _____              _____
    (Signature)                                (Signature)

    _Chris OBrien    Pres_                   _Eric Horn_
    (Print Name and Title)                   (Print Name)